**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*FILED ELECTRONICALLY*

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **THE AMBASSADOR GROUP LLC** ) <br> **d/b/a AMBASSADOR CAPTIVE** ) <br> **SOLUTIONS, et al,** ) <br> Defendants. ) | **CASE NO. 3:20-CV-00330-DJH** <br><br> **JUDGE DAVID J. HALE** |
| **STATE NATIONAL INSURANCE** ) <br> **COMPANY, INC. and NATIONAL** ) <br> **SPECIALTY** ) <br> **INSURANCE COMPANY,** ) <br> ) <br> **Plaintiff-Intervenors,** ) <br> ) <br> vs. ) <br> ) <br> **THE AMBASSADOR GROUP LLC d/b/a** ) <br> **AMBASSADOR CAPTIVE SOLUTIONS, et al,** ) | |

### AGREED ORDER

By agreement of the pertinent parties, Intervening Plaintiffs, State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "Plaintiffs"), and Defendant ePremium Insurance Agency, LLC ("Defendant"), and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED** that said Defendant shall have an extension of time until November 6, 2020 to respond to said Plaintiffs' Amended Intervening Complaint [DE 47]

**Lanny King, Magistrate Judge**
**United States District Court**

October 13, 2020

HAVING SEEN AND AGREED:

/s/Donald J. Kelly
Donald J. Kelly
Julie L. Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
(502) 589-0309
dkelly@wyattfirm.com
jwatts@wyattfirm.com

Jeffrey B. Korn (pro hac vice forthcoming)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8842
(212) 728-9842
jkorn@willkie.com
**COUNSEL FOR DEFENDANT EPREMIUM INSURANCE AGENCY, LLC**

and

/s/Jack A. Wheat (by DJK with permission)
Jack A. Wheat, Esq.
jwheat@mcbrayerfirm.com
Peter J. Rosene, Esq.
prosene@mcbrayerfirm.com
McBRAYER PLLC
500 W. Jefferson St., Ste. 2400
Louisville, KY 40202
Phone: 502.327.5400
Fax: 502.327.5444

Steven T. Whitmer, Esq.
swhitmer@lockelord.com
Julie L. Young, Esq.
jyoung@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: 312.443.0700
Fax: 312.896.6254
**COUNSEL FOR INTERVENING PLAINTIFFS**