**Electronically Filed**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br>    Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS et al.,<br>    Defendants,<br><br>and<br><br>STATE NATIONAL INSURANCE<br>COMPANY, INC. and NATIONAL<br>SPECIALTY INSURANCE COMPANY,<br>    Plaintiff-Intervenors,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS,<br>et al.,<br>    Defendant in Intervention. | Judge David J. Hale<br><br>Civil Action No.: 3:20-CV-00330-DJH<br><br><br><br><br><br><br><br><br><br>**AGREED ORDER** |

Pursuant to Rule 7.1 of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky, and by agreement of the pertinent parties, Plaintiff-Intervenors, State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "Plaintiffs"), and Defendant, Performance Insurance Company SPC ("Defendant"), and the Court otherwise being sufficiently advised, IT IS HEREBY **ORDERED** that said Defendant shall have an extension of time until October 16, 2020 to respond to Plaintiffs' Amended Intervening Complaint [DE 47].

{00845932-2}

**Lanny King, Magistrate Judge**
**United States District Court**

October 13, 2020

**HAVE SEEN AND AGREED:**

/s/ Jack A. Wheat (with permission)
Jack A. Wheat, Esq.
Peter J. Rosene, Esq.
Steven T. Whitmer, Esq.
Julie L. Young, Esq.
*Counsel for State National Insurance Company and National Specialty Insurance Company*

and

/s/ W. Mitchell Hall, Jr.
W. Mitchell Hall, Jr.
Keri E. Hieneman
*Counsel for Performance Insurance Company SPC*