## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:20-CV-00330-DJH-LLK |
| THE AMBASSADOR GROUP LLC d/b/a | ) |
| AMBASSADOR CAPTIVE SOLUTIONS; | ) Judge David J. Hale |
| GAGLIARDI INSURANCE SERVICES, INC.; | ) |
| GOLDENSTAR SPECIALTY INSURANCE, | ) Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE | ) |
| COMPANY SPC on behalf of GOLDENSTAR | ) |
| HOLDINGS COMPANY SP and on behalf of | ) |
| SMART INSURE SP; and BRANDON WHITE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | |
| STATE NATIONAL INSURANCE | ) |
| COMPANY, INC. and NATIONAL | ) |
| SPECIALTY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE AMBASSADOR GROUP LLC d/b/a | ) |
| AMBASSADOR CAPTIVE SOLUTIONS; | ) |
| BRANDON WHITE; PERFORMANCE | ) |
| INSURANCE COMPANY SPC; EPREMIUM | ) |
| INSURANCE AGENCY, LLC; and | ) |
| GAGLIARDI INSURANCE SERVICES, INC., | ) |
| | ) |
| Defendants in Intervention. | ) |
| | ) |

|  |  |
|---|---|
| GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC, | ) ) ) ) ) |
| Cross-Claimants, | ) ) |
| vs. | ) ) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS and BRANDON WHITE, | ) ) ) ) |
| Cross-Defendants. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 28, 2020 Order, Plaintiff Lexington Insurance Company ("Lexington"), Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company (together, "State National"), Defendants and Defendants in Intervention The Ambassador Group LLC d/b/a Ambassador Captive Solutions ("Ambassador"), Brandon White ("White"), ePremium Insurance Agency, LLC ("ePremium"), Performance Insurance Company SPC ("Performance"), Gagliardi Insurance Services, Inc. ("Gagliardi") and Goldenstar Specialty Insurance, LLC ("Goldenstar") hereby submit the following joint status report.

### I. The Rule 26(f) Conference.

The Rule 26(f) conference was held on October 16, 2020. The following attorneys participated in this conference:

- Lexington:  Adam Kaiser, Kelsey Kingsbery, Michael Hoernlein and Joel Beres;
- State National:  Steven Whitmer, Heidi Brady and Jack Wheat;
- Ambassador:  Culver Halliday and Kevin Imhof;

2

- White:  Culver Halliday and Kevin Imhof;

- ePremium:  Donald Kelly; Jeffrey B. Korn;

- Performance:  W. Mitchell Hall, Jr.;

- Gagliardi:  Ellen Kennedy and John Spires; and

- Goldenstar:  Ellen Kennedy and John Spires.

## II. The Facts And Issues In This Case.

This is a case involving alleged fraud and trademark infringement.  State National and Lexington allege that some or all of the Defendants issued counterfeit insurance policies in their names, without their knowledge or consent, thereby defrauding the public.  The alleged counterfeit policies purport to provide the following coverages:

a. The counterfeit policies issued to Madera Residential, LLC purport to provide homeowners and personal liability insurance to residents in real estate developments across Texas;

b. The counterfeit policies issued through Gagliardi purport to provide accident and health insurance primarily to youth sports teams, leagues and athletes throughout the United States;

c. The counterfeit policies issued to Royal Waste Services, Inc. purport to provide automobile, workers compensation and general liability fleet insurance for commercial waste removal operations in New York;

d. The counterfeit policies issued to Triangle Grading and Paving purport to provide automobile, general liability and workers compensation insurance for construction operations in the North Carolina area;

3

e. The counterfeit policies issued to Iron Woman Construction and Environmental Services, LLC purport to provide automobile, general liability and workers compensation insurance for construction operations in the Colorado and Nevada areas;

f. The counterfeit policies issued to Omega Family Services ("Omega") purport to provide medical coverage to family surrogacy services clients in the California area; and

g. The counterfeit policies issued through ePremium purport to provide renters and property insurance coverage to ePremium clients who are tenants and property managers throughout the United States.

State National and Lexington further contend that Defendants Ambassador and White created forged and fraudulent contracts and emails in furtherance of the above schemes. State National and Lexington seek a permanent injunction prohibiting Defendants from further misuse of their names, along with money damages and other relief. Defendants generally deny the claims asserted, and they have in turn asserted certain cross-claims against Ambassador and White.

### III. The Proposed Discovery Plan.

The parties propose the following discovery plan:

#### A. Proposed Deadlines.

| | |
|---|---|
| Deadline for completing initial disclosures | November 9, 2020 |
| Deadline for amending pleadings or joining parties | March 15, 2021 |
| Fact discovery cutoff | April 15, 2021 |

| | |
|---|---|
| Deadline for initial expert reports | June 15, 2021 |
| Deadline for filing dispositive motions | July 1, 2021 |
| Deadline for rebuttal expert reports | July 15, 2021 |
| Deadline for supplementing disclosures and responses | August 16, 2021 |
| Deadline for filing pretrial motions, lists and designations | September 15, 2021 |
| Deadline for filing objections under Rule 26(a)(3) | October 1, 2021 |
| Trial length and date | 7 to 14 days--to proceed after October 15, 2021 as scheduled by the Court |

### B. Proposed Discovery Subjects.

The parties believe that the nature and scope of all alleged fraud schemes require discovery, including information relating to:

- Insurance policies and insurance certificates (or other proof of insurance) purportedly issued in State National and/or Lexington's name;

- Contracts, agreements or understandings relevant to the alleged fraud schemes;

- The pertinent captive reinsurance programs;

- Funds transferred in connection with the alleged fraud schemes;

- Claims asserted under the allegedly fraudulent insurance programs;

- The identity of all culpable parties;

- Monetary damages and other relief claimed by Lexington and State National;

- Government agencies' interactions with the parties in connection with the alleged fraud schemes; and

5

- The apportionment of responsibility among Defendants/Defendants in Intervention for any harm caused by the alleged fraud schemes.

### C. The Parties' Rule 26(f)(3) Views And Proposals.

The parties' views and proposals with respect to each of the items set forth in Rule 26(f)(3) are as follows:

- *What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.*

The parties do not propose any changes to the form or requirements for disclosures under Rule 26(a). With respect to timing, the parties propose that the initial disclosures be made by November 9, 2020.

- *The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.*

The parties outline the subjects on which discovery may be needed in Section III.B above. The parties propose that fact discovery be completed by August 15, 2021, as outlined in Section III.A above.

- *Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.*

The parties confirm that they have each implemented document preservation measures for electronically stored information (ESI), including electronic messages and electronic documents. The parties agree that ESI shall be produced in Native format with all accompanying, non-privileged metadata. State National and Lexington will request that the Court order the parties to secure immediately the cellular phones of all pertinent individuals (including Brandon White, Troy Scott, and Chad Scott) and mirror image those phones in order to preserve and extract relevant text message information. ePremium has asked Troy Scott and Chad Scott to preserve their cellular

6

phones (among other documents they have relating to the matters in this litigation), but does not have possession, custody or control over their cellular phones.

- *Any issues about claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert these claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.*

The parties request that the Court enter the proposed Agreed Rule 502(d) Order attached as Exhibit 1.

- *What changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule, and what other limitations should be imposed.*

The parties propose no changes to the discovery permitted under the Federal and Local Rules.

- *Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).*

The parties are working together to address this issue.

### IV. Trial Length And Date.

The parties estimate that the trial will likely last for one to two weeks and propose that it proceed after October 15, 2021 as outlined in Section III.A above.

### V. Alternative Dispute Resolution.

The parties are open to scheduling a mediation following the conclusion of certain discovery.

### VI. Referral To A Magistrate Judge.

The parties do not consent to having this case tried before a magistrate judge of this Court.

Dated:  October 26, 2020

JOINTLY SUBMITTED BY:

| *Counsel for Plaintiffs in Intervention State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Plaintiff Lexington Insurance Company* |
|---|---|
| /s/  Peter J. Rosene | /s/  Michael R. Hoernlein |
| Jack A. Wheat<br>Peter J. Rosene<br>**McBRAYER PLLC**<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone:  (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com | Joel T. Beres<br>Carolyn P. Michener<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>(502) 587-3400<br>jberes@stites.com<br>cmichener@stites.com |
| - and – | - and – |
| Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>**LOCKE LORD LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone:  (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | Adam J. Kaiser<br>Joanna H. Schorr<br>**ALSTON & BIRD, LLP**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>adam.kaiser@alston.com<br>joanna.schorr@alston.com |
| *Counsel for Defendants, Defendants in Intervention and Cross Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White* | *Counsel for Defendant, Defendant in Intervention and Cross Claimant Gagliardi Insurance Services, Inc.* |
| /s/  Culver V. Halliday | /s/  Ellen Arvin Kennedy |
| Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone:  (502) 333-6000 | Ellen Arvin Kennedy<br>John M. Spires<br>**DINSMORE & SHOHL LLP**<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Phone:  (859) 425-1000<br>ellen.kennedy@dinsmore.com<br>john.spires@dinslaw.com |

| | |
|---|---|
| christopher.schaefer@skofirm.com<br>culver.halliday@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com | |
| *Counsel for Defendant and Cross Claimant Goldenstar Specialty Insurance, LLC*<br><br>*/s/  Ellen Arvin Kennedy*<br><br>Ellen Arvin Kennedy<br>John M. Spires<br>**DINSMORE & SHOHL LLP**<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Phone:  (859) 425-1000<br>ellen.kennedy@dinsmore.com<br>john.spires@dinslaw.com | *Counsel for Defendant, Defendant in Intervention and Cross Claimant Performance Insurance Company SPC*<br><br>*/s/  W. Mitchell Hall, Jr.*<br><br>Keri E. Hieneman<br>W. Mitchell Hall, Jr.<br>**VANANTWERP, MONGE, JONES, EDWARDS & MCCANN, LLP**<br>P.O. Box 1111<br>Ashland, KY 41105-1111<br>606-329-2929<br>khieneman@vanattys.com<br>whall@vanattys.com |
| *Counsel for Defendant and Defendant in Intervention ePremium Insurance Agency, LLC*<br><br>*/s/  Donald J. Kelly*<br><br>Donald J. Kelly<br>**WYATT, TARRANT & COMBS, LLP**<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>Phone:  (502) 562-7327<br>dkelly@wyattfirm.com | |

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:20-CV-00330-DJH-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge David J. Hale |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; EPREMIUM ) | |
| INSURANCE AGENCY, LLC; and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. ) | |
| ) | |

|  | ) |
| --- | --- |
| GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC, | ) ) ) ) ) |
| Cross-Claimants, | ) ) ) |
| vs. | ) ) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS and BRANDON WHITE, | ) ) ) ) ) |
| Cross-Defendants. | ) ) ) |

## AGREED RULE 502(D) ORDER

Pursuant to Rule 502(d) of the Federal Rules of Evidence, all parties to this action jointly request entry of this Agreed Order, which is intended to prevent attorney-client and work product privilege or protection from being waived by disclosure connected with the captioned litigation.

**IT IS HEREBY ORDERED, ON CONSENT OF THE PARTIES:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**JUDGE DAVID J. HALE**

**CONSENTED TO BY**:

| *Counsel for Plaintiffs in Intervention State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Plaintiff Lexington Insurance Company* |
|---|---|
| /s/ Peter J. Rosene<br><br>Jack A. Wheat<br>Peter J. Rosene<br>**McBRAYER PLLC**<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone: (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>- and –<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>**LOCKE LORD LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | /s/ Michael R. Hoernlein<br><br>Joel T. Beres<br>Carolyn P. Michener<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>(502) 587-3400<br>jberes@stites.com<br>cmichener@stites.com<br><br>- and –<br><br>Adam J. Kaiser<br>Joanna H. Schorr<br>**ALSTON & BIRD, LLP**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>adam.kaiser@alston.com<br>joanna.schorr@alston.com |
| *Counsel for Defendants, Defendants in Intervention and Cross Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White* | *Counsel for Defendant, Defendant in Intervention and Cross Claimant Gagliardi Insurance Services, Inc.* |
| /s/ Culver V. Halliday<br><br>Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 333-6000 | /s/ Ellen Arvin Kennedy<br><br>Ellen Arvin Kennedy<br>John M. Spires<br>**DINSMORE & SHOHL LLP**<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Phone: (859) 425-1000<br>ellen.kennedy@dinsmore.com<br>john.spires@dinslaw.com |

3

| | |
|---|---|
| christopher.schaefer@skofirm.com <br> culver.halliday@skofirm.com <br> douglas.ballantine@skofirm.com <br> kevin.imhof@skofirm.com | |
| ***Counsel for Defendant and Cross Claimant Goldenstar Specialty Insurance, LLC*** <br><br> */s/  Ellen Arvin Kennedy* <br><br> Ellen Arvin Kennedy <br> John M. Spires <br> **DINSMORE & SHOHL LLP** <br> 100 West Main Street, Suite 900 <br> Lexington, KY 40507 <br> Phone:  (859) 425-1000 <br> ellen.kennedy@dinsmore.com <br> john.spires@dinslaw.com | ***Counsel for Defendant, Defendant in Intervention and Cross Claimant Performance Insurance Company SPC*** <br><br> */s/  W. Mitchell Hall, Jr.* <br><br> Keri E. Hieneman <br> W. Mitchell Hall, Jr. <br> **VANANTWERP, MONGE, JONES, EDWARDS & MCCANN, LLP** <br> P.O. Box 1111 <br> Ashland, KY 41105-1111 <br> 606-329-2929 <br> khieneman@vanattys.com <br> whall@vanattys.com |
| ***Counsel for Defendant and Defendant in Intervention ePremium Insurance Agency, LLC*** <br><br> */s/  Donald J. Kelly* <br><br> Donald J. Kelly <br> **WYATT, TARRANT & COMBS, LLP** <br> 400 West Market Street, Suite 2000 <br> Louisville, KY 40202 <br> Phone:  (502) 562-7327 <br> dkelly@wyattfirm.com | |

4