# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, <br> Plaintiff, | ) <br> ) <br> ) | CASE NO. 3:20-CV-00330-DJH-LLK |
| v. | ) <br> ) | JUDGE DAVID J. HALE |
| THE AMBASSADOR GROUP LLC d/b/a <br> AMBASSADOR CAPTIVE SOLUTIONS, <br> et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) | MAGISTRATE JUDGE LANNY KING |
| STATE NATIONAL INSURANCE <br> COMPANY, INC., <br> Plaintiff-Intervenor, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| THE AMBASSADOR GROUP LLC d/b/a <br> AMBASSADOR CAPTIVE SOLUTIONS; <br> BRANDON WHITE; and PERFORMANCE <br> INSURANCE COMPANY SPC on behalf <br> Of GOLDENSTAR HOLDINGS <br> COMPANY SP and on behalf of SMART <br> INSURE SP, <br> Defendants in Intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## AFFIDAVIT OF LARRY LINNE

Comes the affiant, Larry Linne, after first being duly sworn, and states as follows:

1. I am over the age of 18, capable of making this Affidavit, and have personal knowledge of the facts set forth herein.

2. At all times relevant herein, I have been a director of Performance Insurance Company SPC ("Performance").

3. Performance is a segregated portfolio company organized and licensed under the laws of the Cayman Islands, and namely the Cayman Islands Monetary

**EXHIBIT 1**

Authority. Copies of Performance's Certificate of Incorporation, issued by the Cayman Islands Registrar of Companies, and its Insurance License, issued by the Cayman Islands Monetary Authority, are collectively attached hereto as **Exhibit A.**

4.    Performance is not licensed to do business anywhere in the United States, including Kentucky. It does not own property or maintain an office in Kentucky. It does not market or solicit business or services within Kentucky. It does not have a registered agent in Kentucky.

5.    Performance owns a captive facility in the Cayman Islands for renting segregated portfolio cells to captive insurance companies.

6.    Performance's captive facilities for the cells that it rents to captive insurance companies are located in the Cayman Islands. Performance does not rent any cells within the United States.

7.    Performance is not involved in the establishment of these segregated portfolio cells or captive insurance companies. Performance also does not advise the captive insurance companies or their third-party owners about the benefits of a captive insurance program, recommend that they establish such a program, organize the structure of the program, or organize the captive insurance company.

8.    Performance does not direct or control any Ambassador activities, as it is an independent entity.

9.    Performance is not involved in the issuance of fronting insurance policies or certificates for the captive insurance companies or the processing of any insurance claims.

10.    Performance was not involved in any conversations or communications

with Lexington Insurance Company, State National Insurance Company, Inc., and/or National Specialty Insurance Company regarding fronting insurance for the captive programs identified in this litigation.

FURTHER THE AFFIANT SAYETH NAUGHT.

LARRY LINNE

STATE OF _Colorado_

COUNTY OF _Larimer_

Subscribed and sworn to before me by Larry Linne, as Director of Performance Insurance Company SPC this the 12th day of November, 2020.

My Commission expires: _2-3-24_ .

KATY RYAN
Notary Public
State of Colorado
Notary ID # 20204004747
My Commission Expires 02-03-2024

Notary Public

3

AI-307829

# Certificate of Incorporation

I, JOY A. RANKINE  Assistant Registrar of Companies of the Cayman Islands
DO HEREBY CERTIFY, pursuant to the Companies Law  CAP. 22,  that all requirements of the said
Law in respect of registration were complied with by

**Performance Insurance Company SPC**

a Segregated Portfolio Company incorporated in the Cayman Islands with Limited Liability with
effect from the 21st day of January Two Thousand Sixteen

Given under my hand and Seal at George Town in the
Island of Grand Cayman this 21st day of January
Two Thousand Sixteen

**Assistant Registrar of Companies,
Cayman Islands.**

Authorisation Code : 990793899024
www.verify.gov.ky
22 January 2016



Licence Number: 1274980

Cayman Islands

THE INSURANCE LAW, 2010

(Law 32 of 2010)

THE INSURANCE (APPLICATION AND FEES) REGULATIONS, 2012

LICENCE

## Performance Insurance Company SPC

is hereby licensed under THE INSURANCE LAW, 2010 , to carry on business within the Cayman Islands as a Class B(iii) Insurer under section 4 (3) of the Law, subject to the provisions of the said Law and, in particular, to the condition that the Licensee shall forthwith notify the Cayman Islands Monetary Authority of any change in the information supplied in the application for this Licence.

Given this 30th Day of June, 2016
at George Town on the Island of Grand Cayman.

**Managing Director**
**Cayman Islands Monetary Authority**

EXHIBIT
A