**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    PLAINTIFF,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; and BRANDON WHITE,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 3:20-CV-00330<br><br>*Electronically Filed*<br><br>JUDGE DAVID J. HALE<br>MAGISTRATE JUDGE LANNY KING |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>    PLAINTIFF-INTERVENORS,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCY COMPANY, SPC; EPREMIUM INSURANCE AGENCY, LLC; and GAGLIARDI INSURANCE SERVICES, INC.,<br><br>    DEFENDANTS IN INTERVENTION. | |

GAGLIARDI INSURANCE SERVICES,
INC.; GOLDENSTAR SPECIALTY
INSURANCE, LLC; PERFORMANCE
INSURANCE COMPANY SPC, EPREMIUM
INSURANCE AGENCY, LLC,

    CROSS-CLAIMANTS,

v.

THE AMBASSADOR GROUP LLC d/b/a
AMBASSADOR CAPTIVE SOLUTIONS,
BRANDON WHITE, and PERFORMANCE
INSURANCE COMPANY SPC,

    CROSS-DEFENDANTS.

## DECLARATION OF MICHAEL R. HOERNLEIN
## IN SUPPORT OF PLAINTIFFS' CONSOLIDATED BRIEF IN OPPOSITION TO
## PERFORMANCE'S MOTION TO DISMISS AND MOTION TO STAY

I, Michael R. Hoernlein, declare as follows:

1. I am a partner at Alston & Bird LLP, co-counsel to Plaintiff Lexington Insurance Company ("Lexington") in the above-captioned matter. I submit this declaration, based on my own personal knowledge, in support of Plaintiffs' Consolidated Brief in Opposition to Performance's Motion to Dismiss and Motion to Stay.

2. After filing this lawsuit, Lexington served requests for production of documents on Defendant The Ambassador Group, LLC d/b/a Ambassador Captive Solutions ("Ambassador") on May 18, 2020.

3. In response to those requests, Ambassador, through its counsel Middleton Reutlinger ("Middleton"), produced various documents to Lexington.

4. Attached hereto as Exhibit A and bearing the Bates number AMBASSADOR_026508 is a true and accurate copy of a document produced to Lexington by

2

Ambassador, through Middleton, on August 28, 2020, purporting to be the Business Plan for Smart Insure SP ("Smart Insure").

5. Attached hereto as Exhibit B and bearing the Bates number AMBASSADOR_026396 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be the Business Plan for Goldenstar Holdings Company SP ("Goldenstar Holdings").

6. Attached hereto as Exhibit C and bearing the Bates number AMBASSADOR_026341 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be an email chain including an email from Brandon White to Joseph Davina dated August 21, 2018, soliciting participation in an insurance program involving Goldenstar Holdings.

7. Attached hereto as Exhibit D and bearing the Bates number AMBASSADOR_027686 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in London, KY.

8. Attached hereto as Exhibit E and bearing the Bates number AMBASSADOR_027747 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in Benton, KY.

9. Attached hereto as Exhibit F and bearing the Bates number AMBASSADOR_028573 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in Mayfield, KY.

10. Attached hereto as Exhibit G and bearing the Bates number AMBASSADOR_028682 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in Versailles, KY.

11. Attached hereto as Exhibit H and bearing the Bates number AMBASSADOR_029005 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in Lawrenceburg, KY.

12. Attached hereto as Exhibit I and bearing the Bates number AMBASSADOR_029042 is a true and accurate copy of a document produced to Lexington by Ambassador, through Middleton, on August 28, 2020, purporting to be a certificate of liability insurance issued to an insured in Lexington, KY.

13. After filing this lawsuit, Lexington also served subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure on various non-parties with information relevant to Lexington's claims, including Sanford & Tatum Insurance Agency ("Sanford").

14. A true and accurate copy of the subpoena Lexington served on Sanford is attached hereto as Exhibit J.

15. In response to the subpoena, Sanford, through its counsel McCleskey Harringer Brazil & Graf LLP ("McCleskey"), produced various documents related to the Madera Fraud Scheme (as that term is defined in Lexington's Complaint).

16. Attached hereto as Exhibit K (ST-LTCS000000056.0001) is a true and accurate copy of a document produced to Lexington by Sanford, through McCleskey, on September 14,

2020, purporting to be an invoice from Performance Insurance Company SPC ("Performance") to Smart Insure dated February 17, 2020.

17. Attached hereto as Exhibit L (ST-LTCS000000277.0001) is a true and accurate copy of a document produced to Lexington by Sanford, through McCleskey, on September 14, 2020, purporting to be an invoice from Performance to Smart Insure dated July 6, 2020.

18. Attached hereto as Exhibit M (ST-LTCS000000304.0001) is a true and accurate copy of a document produced to Lexington by Sanford, through McCleskey, on September 14, 2020, purporting to be materials for a Smart Insure Shareholders' Meeting containing minutes from a Performance Board Meeting dated October 2019.

19. Attached hereto as Exhibit N is a true and accurate copy of a screen shot of Performance's website (http://www.performancecaptive.com) as it appeared on August 7, 2019, that I accessed on November 16, 2020, using the Wayback Machine Archive.

20. Performance's website at the web address above is no longer available.

21. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of December, 2020.

                                              */s/ Michael R. Hoernlein*
                                              Michael R. Hoernlein