**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>     PLAINTIFF,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; and BRANDON WHITE,<br><br>     DEFENDANTS. | CIVIL ACTION NO. 3:20-CV-00330<br><br>***Electronically Filed***<br><br>JUDGE DAVID J. HALE<br>MAGISTRATE JUDGE LANNY KING |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>     PLAINTIFF-INTERVENORS,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCY COMPANY, SPC; EPREMIUM INSURANCE AGENCY, LLC; and GAGLIARDI INSURANCE SERVICES, INC.,<br><br>     DEFENDANTS IN INTERVENTION. | |

| |
|---|
| GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC, EPREMIUM INSURANCE AGENCY, LLC, <br><br> CROSS-CLAIMANTS, <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, BRANDON WHITE, and PERFORMANCE INSURANCE COMPANY SPC, <br><br> CROSS-DEFENDANTS. |

**DECLARATION OF JOSEPH DAVINA
IN SUPPORT OF PLAINTIFFS' CONSOLIDATED BRIEF IN OPPOSITION TO
PERFORMANCE'S MOTION TO DISMISS AND MOTION TO STAY**

I, Joseph Davina, declare as follows:

1. I am currently the Vice President of AIG Captive Solutions, a division of American International Group, Inc. ("AIG"), a publicly traded insurance holding company. AIG directly or indirectly owns a number of insurance companies, including Lexington Insurance Company ("Lexington"). I have been employed by AIG subsidiary companies since 2006. Since 2018, I have had managerial oversight of certain of AIG's group captive reinsurance programs. I submit this declaration, of my own personal knowledge and based upon AIG's books and records, in support of Plaintiffs' Consolidated Brief in Opposition to Performance Insurance Company SPC's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Stay.

2. Attached hereto as Exhibit 1 and bearing Bates number AIG00001767 is a true and accurate copy of a document that I received on May 9, 2019, via email from Brandon White through what I recognize to be his work email domain (brandon.white@ambassadorcaptive.com)

purporting to be the materials for the Performance Insurance Company SPC Board Meeting for Gen-1 Insurance Company SP.

3.       Attached hereto as Exhibit 2 and bearing the Bates number AIG00010816 is a true and accurate copy of a document that I received on March 15, 2018, via email from Brandon White through what I recognize to be his work email domain (brandon.white@ambassadorcaptive.com) purporting to be the Streamline SP Business Plan and reflecting the corporate structure of Performance Insurance Company SPC.

4.       I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of December, 2020.

_____
JOSEPH DAVINA

3