**Electronically Filed**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS,<br>et al.,<br>    Defendants. | CASE NO. 3:20-CV-00330-BJB-LLK<br><br>JUDGE BENJAMIN J. BEATON<br>MAGISTRATE JUDGE LANNY KING |
| STATE NATIONAL INSURANCE<br>COMPANY, INC.,<br>    Plaintiff-Intervenor,<br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS;<br>BRANDON WHITE; and PERFORMANCE<br>INSURANCE COMPANY SPC on behalf<br>Of GOLDENSTAR HOLDINGS<br>COMPANY SP and on behalf of SMART<br>INSURE SP,<br>    Defendants in Intervention. | |

**MOTION TO WITHDRAW
AS COUNSEL FOR PERFORMANCE INSURANCE COMPANY SPC**

Pursuant to Local Rule 83.6, the undersigned counsel, W. Mitchell Hall, Jr., Leigh G. Latherow, Keri E. Hieneman, and the firm of VanAntwerp Attorneys, LLP, respectfully move the Court for an order permitting their withdrawal as counsel of record for Performance Insurance Company SPC ("Performance") in this proceeding. As disclosed to the Court and counsel during the March 1, 2021 telephonic status conference, Performance initiated liquidation proceedings in the Cayman Islands on

1

February 26, 2021.  As a result of that action, Kenneth Krys and Neil Dempsey were appointed to serve as joint voluntary liquidators for Performance and to assume control of Performance and the liquidation.

On March 18, 2021, the joint voluntary liquidators filed a Petition for Leave and Court Supervision in the Grand Court of the Cayman Islands ("Cayman Court") seeking to subject the liquidation to supervision of the Cayman Court. On March 19, 2021, the joint voluntary liquidators, through United States bankruptcy counsel, filed a Chapter 15 Petition for Recognition of a Formal Proceeding on behalf of Performance in the United States Bankruptcy Court for the Southern District of Florida, seeking United States Bankruptcy Court recognition of the liquidation proceeding. A copy of the Chapter 15 Petition is attached as **Exhibit 1.** The joint voluntary liquidators have moved for an order granting United States Bankruptcy Court recognition of the Cayman Court liquidation proceeding pursuant to §§1515 and 1517 of the Bankruptcy Code. A copy of this motion, which is scheduled to be heard on April 13, 2021, is attached as **Exhibit 2** to this motion.

The undersigned has been advised by United States bankruptcy counsel that the liquidators intend to pursue all rights under applicable law, including seeking a stay of matters in this action pertaining to Performance. In light of the foregoing, Performance is now under control of the joint voluntary liquidators and the Cayman Court.  The joint voluntary liquidators have not retained or authorized the undersigned counsel to proceed in this litigation, as they are seeking Chapter 15 Bankruptcy recognition of the Cayman liquidation proceedings.

Having shown good cause pursuant to Local Rule 83.6(b), the undersigned certifies that this motion has been served on the joint voluntary liquidators and on United States bankruptcy attorneys for Performance. The undersigned respectfully requests that the Court consent to the withdrawal of the undersigned from this proceeding for good cause shown. A proposed order granting the joint liquidators time to retain counsel for this proceeding, if they so elect, has been submitted with this motion.

Respectfully submitted,

/s/ *W. Mitchell Hall, Jr.*
W. Mitchell Hall, Jr., Esq.
Leigh Gross Latherow, Esq.
Keri E. Hieneman, Esq.
VANANTWERP ATTORNEYS, LLP
1544 Winchester Avenue, Fifth Floor
P.O. Box 111
Ashland KY 41105-1111
Office: (606) 329-2929
Fax: (606) 329-0490
whall@vanattys.com
llatherow@vanattys.com
khieneman@vanattys.com
*Counsel for Defendant, Performance Insurance Company SPC*

**CERTIFICATE OF SERVICE**

I, the undersigned, on this the 25th day of March, 2021, hereby certify that a true and accurate copy of the foregoing was electronically filed through the Court's CM/ECF e-filing system which provides service to the parties registered with the Court's CM/ECF system.

/s/ *W. Mitchell Hall, Jr.*
*Counsel for Defendant, Performance Insurance Company SPC*