# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:20-CV-00330- BJB-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge Benjamin Beaton |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; EPREMIUM ) | |
| INSURANCE AGENCY, LLC; and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. ) | |

|  |  |
|---|---|
| GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC, and EPREMIUM INSURANCE AGENCY, LLC, | ) ) ) ) ) ) ) |
| Cross-Claimants, | ) ) |
| v. | ) ) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; and BRANDON WHITE, | ) ) ) ) ) |
| Cross-Defendants. | ) ) |

## AGREED RULE 502(D) ORDER

Pursuant to Rule 502(d) of the Federal Rules of Evidence, the undersigned parties to this action jointly request entry of this Agreed Order, which is intended to prevent attorney-client and work product privilege or protection from being waived by disclosure connected with the captioned litigation.

**IT IS HEREBY ORDERED, ON CONSENT OF THE PARTIES:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

April 2, 2021

*signature: Lanny King*

**Lanny King, Magistrate Judge**
**United States District Court**

**MAGISTRATE JUDGE LANNY KING**

**CONSENTED TO BY**:

| *Counsel for Plaintiffs in Intervention State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Plaintiff Lexington Insurance Company* |
|---|---|
| /s/ Steven T. Whitmer | /s/ Michael R. Hoernlein |
| Jack A. Wheat<br>Peter J. Rosene<br>**McBRAYER PLLC**<br>W. Jefferson St., Suite 2400 500<br>Louisville, KY 40202<br>Phone: (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>- and –<br><br>Steven T. Whitmer<br>Julie L. Young<br>**LOCKE LORD LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | Joel T. Beres<br>Carolyn P. Michener<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>(502) 587-3400<br>jberes@stites.com<br>cmichener@stites.com<br><br>- and –<br><br>Adam J. Kaiser<br>Michael R. Hoernlein<br>Kelsey L. Kingsbery<br>Joanna H. Schorr<br>**ALSTON & BIRD, LLP**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>adam.kaiser@alston.com<br>michael.hoernlein@alston.com<br>kelsey.kingsbery@alston.com<br>joanna.schorr@alston.com |
| *Counsel for Defendants, Defendants in Intervention and Cross Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White* | *Counsel for Defendant, Defendant in Intervention and Cross Claimant ePremium Insurance Agency, LLC* |
| /s/ Culver V. Halliday | /s/ Donald J. Kelly |
| | Donald J. Kelly<br>Julie Laemmle Watts<br>**WYATT, TARRANT & COMBS, LLP** |

| | |
|---|---|
| Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 333-6000<br>christopher.schaefer@skofirm.com<br>culver.halliday@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com | 400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 562-7327<br>dkelly@wyattfirm.com<br>jwatts@wyattfirm.com<br><br>- and –<br><br>Jeffrey B. Korn<br>**WILLKIE FARR & GALLAGHER**<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: 212-728-8000<br>jkorn@willkie.com |