**Electronically Filed**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>THE AMBASSADOR GROUP LLC d/b/a )<br>AMBASSADOR CAPTIVE SOLUTIONS, )<br>et al., )<br>    Defendants. )<br> ) | CASE NO. 3:20-CV-00330-BJB-LLK<br><br>JUDGE BENJAMIN J. BEATON<br>MAGISTRATE JUDGE LANNY KING |
| STATE NATIONAL INSURANCE )<br>COMPANY, INC., )<br>    Plaintiff-Intervenor, )<br>v. )<br> )<br>THE AMBASSADOR GROUP LLC d/b/a )<br>AMBASSADOR CAPTIVE SOLUTIONS; )<br>BRANDON WHITE; and PERFORMANCE )<br>INSURANCE COMPANY SPC on behalf )<br>Of GOLDENSTAR HOLDINGS )<br>COMPANY SP and on behalf of SMART )<br>INSURE SP, )<br>    Defendants in Intervention. )<br> ) | |

**CERTIFICATE OF SERVICE AND NOTICE OF FILING**
**OF UNITED STATES BANKRUPTCY COURT ORDER**

The undersigned counsel, W. Mitchell Hall Jr., hereby certifies that a copy of the Court's April 21, 2021 Order permitting withdrawal of the undersigned counsel and his firm has been served on this day to the Joint Voluntary Liquidators for Performance Insurance Company SPC as required by the Court's Order.

The undersigned is additionally attaching as **Exhibit 1** a copy of the April 14, 2021 Order entered by the United States Bankruptcy Court for the Southern District of Florida granting recognition of Performance Insurance Company SPC's voluntary liquidation proceedings in the Cayman Islands pursuant to § 1515 and 1517 of the United States Bankruptcy Code and staying further action against Performance Insurance Company SPC as more specifically described in the attached Bankruptcy Court Order.

Respectfully submitted,

/s/ *W. Mitchell Hall, Jr.*
W. Mitchell Hall, Jr., Esq.
Leigh Gross Latherow, Esq.
Keri E. Hieneman, Esq.
VANANTWERP ATTORNEYS, LLP
1544 Winchester Avenue, Fifth Floor
P.O. Box 111
Ashland KY 41105-1111
Office: (606) 329-2929
Fax: (606) 329-0490
whall@vanattys.com
llatherow@vanattys.com
khieneman@vanattys.com
*Counsel for Defendant, Performance Insurance Company SPC*

**CERTIFICATE OF SERVICE**

I, the undersigned, on this the 22nd day of April, 2021, hereby certify that a true and accurate copy of the foregoing was electronically filed through the Court's CM/ECF e-filing system which provides service to the parties registered with the Court's CM/ECF system.

/s/ *W. Mitchell Hall, Jr.*
*Counsel for Defendant, Performance Insurance Company SPC*