UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00330- BJB-LLK

LEXINGTON INSURANCE COMPANY                                    PLAINTIFF

v.

THE AMBASSADOR GROUP LLC, *et al.*                            DEFENDANT

---

## JUDGE'S REPORT

Judge Benjamin Beaton referred this matter to U.S. Magistrate Judge Lanny King for hearing and determining all pretrial matters, including non-dispositive motions.  [DN 97].

A settlement conference was held in this matter on June 23, 2021, [DN 117], with Lexington Insurance Company, State National Insurance Company, The Ambassador Group LLC, Brandon White, and ePremium Insurance Agency, LLC, attending.  Following negotiations between the Court and counsel and/or the Parties, the undersigned reports that the parties were unable to reach an amicable resolution.

**Lanny King, Magistrate Judge**
**United States District Court**

June 25, 2021

c:      Counsel of Record
p:      5.30