UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00330-BJB-LLK

LEXINGTON INSURANCE COMPANY                                              PLAINTIFF

v.

THE AMBASSADOR GROUP LLC, *et al.*                                     DEFENDANTS

**ORDER**

Judge Benjamin Beaton referred this matter to U.S. Magistrate Judge Lanny King for hearing and determining all pretrial matters, including non-dispositive motions. [DN 97].

On June 23, 2021, the Court conducted a settlement conference. Based on conversations at that time, **IT IS HEREBY ORDERED**:

1. The Court's March 2, 2021 Amended Scheduling Order, [DN 107], is hereby **VACATED.**

2. No later than **October 1, 2021,** the parties shall file any motion to join additional parties or amend pleadings.

3. The Parties will use their best efforts to continue discovery despite the vacated scheduling order.

4. A telephonic status conference is set for **October 25, 2021, at 10:00 a.m. Central (11:00 a.m. Eastern)**. Counsel for the parties may connect to the telephonic status conference by dialing the toll-free meeting number **1-877-848-7030** and entering access code **7238577#** when prompted.

5. Deadlines shall be reestablished at the upcoming October 25, 2021 status conference unless additional parties are added with insufficient time to answer.

1

2

6. Within thirty days from the entrance of this Order, the parties are to file a joint status report stating their position on Defendant Performance Insurance Company's motion to dismiss, [DN 101], in light of the February 16, 2021 order denying the first motion to dismiss, [DN 103] and the May 12, 2021 Motion to Withdraw, [DN 118].

**IT IS SO ORDERED.**
June 25, 2021

Lanny King, Magistrate Judge
United States District Court

c:  Counsel of Record