# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.  3:20-CV-00330-BJB-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge Benjamin Beaton |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; EPREMIUM ) | |
| INSURANCE AGENCY, LLC; and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. ) | |
| _____ ) | |

|  |  |
|---|---|
| GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC; and ePREMIUM INSURANCE AGENCY, LLC, | ) ) ) ) ) ) ) |
| Cross-Claimants, | ) ) |
| vs. | ) ) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; and PERFORMANCE INSURANCE COMPANY SPC, | ) ) ) ) ) |
| Cross-Defendants. | ) ) |

## NOTICE OF WITHDRAWAL

Undersigned counsel on behalf of ePremium Insurance Agency, LLC ("ePremium"), hereby advise the Court and counsel that Zeh Ekono, Willkie Farr & Gallagher LLP hereby gives notice of her withdrawal as counsel for ePremium. ePremium will continue to be represented by the undersigned. Please remove Ms. Ekono from your certificate of service.

Dated: August 16, 2021

2

WYATT, TARRANT & COMBS, LLP

/s/ Donald J. Kelly
Donald J. Kelly
Julie L. Watts
Matthew R. Palmer-Ball
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
(502) 589-0309
dkelly@wyattfirm.com
jwatts@wyattfirm.com
mpalmerball@wyattfirm.com

WILLKIE FARR & GALLAGHER LLP
Jeffrey B. Korn (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

***Attorneys for ePremium Insurance Agency, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2021, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Donald J. Kelly

100543268