# EXHIBIT A

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:20-CV-00330-BJB-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge Benjamin Beaton |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |

| |
|---|
| ) |
| STATE NATIONAL INSURANCE ) |
| COMPANY, INC. and NATIONAL ) |
| SPECIALTY INSURANCE COMPANY, ) |
| ) |
| Plaintiff-Intervenors, ) |
| ) |
| vs. ) |
| ) |
| THE AMBASSADOR GROUP LLC d/b/a ) |
| AMBASSADOR CAPTIVE SOLUTIONS; ) |
| BRANDON WHITE; PERFORMANCE ) |
| INSURANCE COMPANY SPC; EPREMIUM ) |
| INSURANCE AGENCY, LLC; and ) |
| GAGLIARDI INSURANCE SERVICES, INC., ) |
| ) |
| Defendants in Intervention. ) |

## CONSENT ORDER

Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National") and Defendants-in-Intervention ePremium

Insurance Agency, LLC ("ePremium") jointly request entry of this Consent Order, which is intended to create a permanent injunction. This permanent injunction is part of a final settlement of the disputes between State National and ePremium in this lawsuit. Following entry of this Consent Order, and the performance of other settlement conditions, State National is prepared to dismiss its claims with prejudice against ePremium within the next fourteen days.

**WHEREAS**, State National intervened in this action and filed an Amended Complaint in Intervention against Defendants (ECF No. 47) seeking relief in connection with the following seven alleged schemes, as described and defined in the Amended Complaint in Intervention:

a. The alleged counterfeit policies issued to Madera Residential, LLC ("Madera") purporting to provide homeowners and personal liability insurance to residents in real estate developments across Texas (the "Madera Program");

b. The alleged counterfeit policies issued through Gagliardi purporting to provide accident and health and general liability, as applicable, insurance primarily to youth sports teams, leagues and athletes throughout the United States (the "Gagliardi Program");

c. The alleged counterfeit policies issued to Royal Waste Services, Inc. ("Royal Waste") purporting to provide automobile, workers compensation and general liability fleet insurance for commercial waste removal operations in New York (the "Royal Waste Program");

d. The alleged counterfeit policies issued to Triangle Grading and Paving ("Triangle") purporting to provide automobile, general liability and workers compensation insurance for construction operations in the North Carolina area (the "Triangle Program");

  e. The alleged counterfeit policies issued to Iron Woman Construction and Environmental Services, LLC ("Iron Woman") purporting to provide automobile, general liability and workers compensation insurance for construction operations in the Colorado and Nevada areas (the "Iron Woman Program");

  f. The alleged counterfeit policies issued to Omega Family Services ("Omega") purporting to provide medical coverage to family surrogacy services clients in the California area (the "Omega Program"); and

  g. The alleged counterfeit policies issued through ePremium purporting to provide renters and property insurance coverage, and other coverages, to ePremium and Sandhills Insurance Group, LLC d/b/a InsureStays clients who are tenants, property managers, and other insureds throughout the United States (the "ePremium Program").

**WHEREAS**, in connection with the above, State National seeks injunctive relief against ePremium on its claims for: (1) trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1125(a), 1116 and 1117; (2) misappropriation of name under Kentucky common law; and (3) deceptive trade practices and unfair competition under Kentucky, New York and Texas common law;

**WHEREAS**, ePremium represents and warrants that it is not currently issuing any policies or certificates in State National's name, including but not limited to those connected in any way to the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program;

**WHEREAS**, ePremium represents and warrants that it is not aware of any claims currently pending against State National, or any basis for any claims to be made against State National, in

3

connection with the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program;

**WHEREAS**, without admitting any liability or any of the allegations set forth by State National, ePremium represents and warrants that, with the exception of the Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program, they are not involved, and have not been involved, in any other insurance programs involving the use or sale of policies or certificates of insurance bearing the State National name;

**WHEREAS**, State National represents and warrants that it never agreed to provide its authorization to ePremium to issue any policies or certificates in State National's name connected in any way to the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program;

**WHEREAS**, on October 13, 2020, this Court entered a Consent Order designed to preserve the status quo, which established a preliminary injunction prohibiting ePremium and others from (1) representing that State National issued policies or certificates in connection with the seven alleged schemes described above and in the Amended Complaint in Intervention, (2) issuing additional policies or certificates bearing State National's name, and (3) using State National's name in connection with the selling, distributing, or advertising of any goods or services; and

**WHEREAS**, State National and ePremium have now agreed to the entry of this further Consent Order establishing a permanent injunction based on a settlement agreement entered into between them to fully and finally resolve the disputes between State National and ePremium in this lawsuit;

**IT IS HEREBY ORDERED, ON CONSENT OF STATE NATIONAL AND EPREMIUM:**

1. This Consent Order is entered as part of a settlement between State National and ePremium that will fully and finally resolve the disputes between State National and ePremium in this lawsuit.

2. ePremium, its affiliates, agents, employees, officers, attorneys, successors, assigns and all persons in active concert or participation with any of them shall not represent to anyone that State National issued any insurance policies or insurance certificates, or is responsible for any loss, with respect to the Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program.

3. ePremium, its affiliates, agents, employees, officers, attorneys acting in their capacity as counsel to ePremium, successors, assigns and all persons in active concert or participation with any of them shall not issue any additional insurance policies or certificates bearing the State National name, without State National's written consent obtained directly from an executive officer of State National.

4. ePremium, its affiliates, agents, employees, officers, attorneys acting in their capacity as counsel to ePremium, successors, assigns and all persons in active concert or participation with any of them shall not use in any manner State National's name in offering for sale, selling, distributing or advertising any and all goods or services, including, but not limited to, all insurance products, insurance policies, certificates of insurance, insurance forms or any other documents purporting to evidence insurance using State National's name, without State National's written consent obtained directly from an executive officer of State National.

5. For the avoidance of doubt, as used herein, the term "affiliates" shall not include portfolio companies unrelated to ePremium or any professional investors, hedge funds, venture

capital funds, private equity funds or similar institutional investors that are a direct or indirect equityholder of ePremium.

**IT IS FURTHER ORDERED, ON CONSENT OF STATE NATIONAL AND EPREMIUM:**

1. The claims against ePremium are dismissed with prejudice;

2. The cross claims asserted by ePremium against Ambassador Captive Solutions and Brandon White are dismissed without prejudice;

3. Each party is responsible for its own costs and expenses; and

4. Except as to State National and ePremium claims, no other claims are affected by this Order.

**IT IS SO ORDERED.**

                    **JUDGE BENJAMIN BEATON**

**CONSENTED TO BY**:

| *Counsel for Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Defendant in Intervention ePremium Insurance Agency, LLC* |
|---|---|
| /s/*Jack A. Wheat (by DJK w/permission)* | /s/*Donald J. Kelly* |
| Jack A. Wheat<br>Peter J. Rosene<br>McBRAYER PLLC<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone: (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | Donald J. Kelly<br>Julie L. Watts<br>Matthew Robert Palmer-Ball<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street<br>Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 562-7327<br>dkelly@wyattfirm.com<br>jwatts@wyattfirm.com<br>mpalmerball@wyattfirm.com<br><br>Jeffrey B. Korn (*pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 728-8000<br>jkorn@wilkie.com |

100593094.1