UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Plaintiff, |
| v. | No. 3:20-cv-00330-BJB-LLK |
| THE AMBASSADOR GROUP LLC, et al. | Defendants. |

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., et al. | Plaintiff–Intervenors, |
| v. | |
| THE AMBASSADOR GROUP LLC, et al. | Defendants–Intervenors. |

\* \* \* \* \*

**ORDER**

More than a year ago, on the same day this case was filed, Plaintiff Lexington Insurance Company also filed a motion for a temporary restraining order and a motion for a preliminary injunction. DN 3. The next day, Plaintiff moved for a hearing on the motion, and the following day, the Court held a hearing and set a deadline for response and reply briefs. DN 17. The parties successfully persuaded the Court to extend those deadlines (DN 27), which subsequently passed without any apparent filing or comment by the parties. Instead, Defendants answered in August 2020. DN 28.

The motion for a PI/TRO remains pending, however, and the Court is unaware of subsequent efforts by any party to urge the Court to grant or deny the motion, despite considerable motion practice. Indeed, the parties recently filed an agreed stipulation to extend the deadline to amend pleadings and add parties, which reported substantial progress toward resolution of many of the issues raised in the pleadings. DN 129. Relying on those representations, the Court granted the extension motion. DN 131.

The Court therefore denies the long-pending PI/TRO motion without prejudice to Plaintiff's right to refile such a motion if circumstances warrant. Such motions are necessarily time-sensitive and time-specific, designed to preserve the status quo while parties litigate the case. *See, e.g., Procter & Gamble Co. v. Bankers Tr. Co.*, 78 F.3d 219, 226 (6th Cir. 1996). They also implicate the Court's inherent authority to manage its docket. The Court is unaware of any reason why Plaintiff's motion should or must remain pending for this length of time. The parties may of course renew any such arguments, in light of the current posture of this litigation, through an appropriate motion or status report.

Copies to:   All Counsel

Benjamin Beaton, District Judge
United States District Court

September 30, 2021