# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) Case No.  3:20-CV-00330-BJB-LLK <br> THE AMBASSADOR GROUP LLC d/b/a ) <br> AMBASSADOR CAPTIVE SOLUTIONS; ) Judge Benjamin Beaton <br> GAGLIARDI INSURANCE SERVICES, INC.; ) <br> GOLDENSTAR SPECIALTY INSURANCE, ) Magistrate Judge Lanny King <br> LLC; PERFORMANCE INSURANCE ) <br> COMPANY SPC on behalf of GOLDENSTAR ) <br> HOLDINGS COMPANY SP and on behalf of ) <br> SMART INSURE SP; and BRANDON WHITE, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ───────────────────────────── ) <br> ) <br> STATE NATIONAL INSURANCE ) <br> COMPANY, INC. and NATIONAL ) <br> SPECIALTY INSURANCE COMPANY, ) <br> ) <br> Plaintiff-Intervenors, ) <br> ) <br> vs. ) <br> ) <br> THE AMBASSADOR GROUP LLC d/b/a ) <br> AMBASSADOR CAPTIVE SOLUTIONS; ) <br> BRANDON WHITE; PERFORMANCE ) <br> INSURANCE COMPANY SPC; EPREMIUM ) <br> INSURANCE AGENCY, LLC; and ) <br> GAGLIARDI INSURANCE SERVICES, INC., ) <br> ) <br> Defendants in Intervention. ) | |

## STIPULATION TO EXTEND
## THE DEADLINE TO AMEND PLEADINGS AND ADD PARTIES

1

Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National"), Plaintiff Lexington Insurance Company ("Lexington") and Defendants, Defendants-in-Intervention and Cross-Defendants The Ambassador Group LLC and Brandon White (collectively, the "Ambassador Defendants") (together, the "Parties") hereby stipulate and agree as follows:[1]

### RECITALS

1. In May 2020, Lexington initiated this matter by filing a Complaint against the Ambassador Defendants and others. (ECF No. 1.)

2. In September 2020, State National intervened in this action and filed an Amended Complaint in Intervention against the Ambassador Defendants and others. (ECF Nos. 43, 47.)

3. In November 2020, Gagliardi and Goldenstar filed for bankruptcy in the U.S. Bankruptcy Court for the Northern District of California. (*See* ECF No. 118.)

4. In February 2021, Performance initiated liquidation proceedings in the Cayman Islands, and joint voluntary liquidators (the "Liquidators") were appointed for Performance. (ECF No. 112.)

5. In March 2021, the Liquidators sought, and subsequently received, court supervision of the Performance liquidation through the Grand Court of the Cayman Islands, as well as Chapter 15 recognition of the Cayman liquidation of Performance in the U.S. Bankruptcy Court for the Southern District of Florida. (*See* ECF No. 112.)

---

[1] Defendant, Defendant-in-Intervention and Cross-Claimant ePremium Insurance Agency, LLC ("ePremium") has entered into a Settlement Agreement with State National and is petitioning the Court to remove it as a party to this matter, but does not object to this Stipulation. As explained herein, the remaining parties—Gagliardi Insurance Services, Inc. ("Gagliardi"), Goldenstar Specialty Insurance, LLC ("Goldenstar") and Performance Insurance Company SPC ("Performance")—have filed for either bankruptcy or liquidation.

6. On October 14, 2021, the Court re-set the deadline for joining parties or amending pleadings to on or before November 12, 2021. (ECF No. 131.)

7. Since that time, the Parties have focused on settling this matter. As a result of the Parties' diligent efforts, much of this case should be resolved. For example, ePremium has entered into a written settlement agreement with State National, pursuant to which State National and ePremium filed a Joint Motion with the Court for the entry of an order that: (1) dismisses ePremium as a party to this case; (2) dismisses, with prejudice, any and all of State National's claims against ePremium; (3) dismisses, without prejudice, any and all of ePremium's crossclaims against Ambassador and White; and (4) enters a consent order for a permanent injunction. Moreover, State National and Lexington are currently working to settle their claims with respect to certain segregated cells of Performance.

8. The Parties' settlement efforts remain ongoing, however. For example, the motion to dismiss ePremium is still pending, and the Parties are currently preparing briefs addressing the appropriateness of the Court entering the requested consent order. (*See* ECF No. 135.) Moreover, State National and Lexington are still working to paper settlements with third parties that are designed to avoid having to add certain new parties to this matter.

9. Because the Parties have been concentrating their efforts on settlement, they need an additional thirty (30) days to make determinations with respect to joining parties or amending pleadings. This additional time is necessary because such determinations are contingent, in part, on whether the Parties' settlement efforts in the coming weeks are successful.

10. The deadline for adding parties and amending pleadings has not yet passed. (*See* ECF No. 131.)

11. For the foregoing reasons, good cause exists for granting this extension, and no party will be prejudiced if the Court were to enter this Stipulation. *See* FED. R. CIV. P. 16(b)(4).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the deadline for the Parties to file any motion to join additional parties or amend the pleadings is extended by thirty (30) days to Monday, December 13, 2021.

Dated: November 3, 2021

| | |
|---|---|
| *Counsel for Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Plaintiff Lexington Insurance Company* |
| /s/ *Jack A. Wheat* | /s/ *Adam J. Kaiser* |
| Jack A. Wheat<br>Peter J. Rosene<br>McBRAYER PLLC<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone: (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | Joel T. Beres<br>Carolyn P. Michener<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>Phone: (502) 587-3400<br>jberes@stites.com<br>cmichener@stites.com<br><br>- and –<br><br>Adam J. Kaiser<br>Joanna H. Schorr<br>Kelsey L. Kingsbery<br>Michael Hoernlein<br>**ALSTON & BIRD, LLP**<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212) 210-9400<br>adam.kaiser@alston.com<br>joanna.schorr@alston.com<br>kelsey.kingsbery@alston.com<br>michael.hoernlein@alston.com |

| | |
|---|---|
| *Counsel for Defendants, Defendants in Intervention and Cross-Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White* | *Counsel for Defendant in Intervention ePremium Insurance Agency, LLC* |
| /s/  Culver V. Halliday | /s/  Donald J. Kelly |
| Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone:  (502) 333-6000<br>christopher.schaefer@skofirm.com<br>culver.halliday@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com | Donald J. Kelly<br>**WYATT, TARRANT & COMBS, LLP**<br>400 West Market Street<br>Suite 2000<br>Louisville, KY 40202<br>Phone:  (502) 562-7327<br>dkelly@wyattfirm.com |