UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00330-BJB-LLK

LEXINGTON INSURANCE COMPANY                                    PLAINTIFF

v.

THE AMBASSADOR GROUP LLC, *et al.*                             DEFENDANTS

## ORDER

Judge Benjamin Beaton referred this matter to U.S. Magistrate Judge Lanny King for hearing and determining all pretrial matters, including non-dispositive motions. [DN 97].

On November 3, 2021, the parties entered a Stipulation Extending Deadline to Amend. [DN 136]. **IT IS HEREBY ORDERED**:

The Court **GRANTS** the parties' joint motion for an extension of time. [DN 136]. No later than **December 13, 2021,** the parties shall file any motion to join additional parties or amend pleadings.

**IT IS SO ORDERED.**
November 9, 2021

Lanny King, Magistrate Judge
United States District Court

c:   Counsel of Record

1