**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

LEXINGTON INSURANCE COMPANY,

      Plaintiff,


v.


THE AMBASSADOR GROUP LLC d/b/a
AMBASSADOR CAPTIVE SOLUTIONS;
GAGLIARDI INSURANCE SERVICES, INC.;
GOLDENSTAR SPECIALTY INSURANCE,
LLC; PERFORMANCE INSURANCE
COMPANY SPC on behalf of GOLDENSTAR
HOLDINGS COMPANY SP and on behalf of
SMART INSURE SP; and BRANDON WHITE,


      Defendants.

Case No. 3:20-cv-330-BJB-LLK

Judge Benjamin Beaton

Magistrate Judge Lanny King

STATE NATIONAL INSURANCE
COMPANY, INC. and NATIONAL
SPECIALTY INSURANCE COMPANY,


      Plaintiff-Intervenors,


v.


THE AMBASSADOR GROUP LLC d/b/a
AMBASSADOR CAPTIVE SOLUTIONS;
BRANDON WHITE; PERFORMANCE
INSURANCY COMPANY, SPC; EPREMIUM
INSURANCE AGENCY, LLC; and
GAGLIARDI INSURANCE SERVICES, INC.,


      Defendants In Intervention.

## STIPULATION TO EXTEND
## THE DEADLINE TO AMEND PLEADINGS AND ADD PARTIES

Plaintiff Lexington Insurance Company ("Lexington") and Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National")  (together with Lexington, "Plaintiffs") and Defendants, Defendants-in-Intervention and Cross-Defendants The Ambassador Group LLC and Brandon White (collectively, the "Ambassador Defendants") (together with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

### RECITALS

1.      In May 2020, Lexington initiated this matter by filing a Complaint against the Ambassador Defendants and others. (ECF No. 1.)

2.      In September 2020, State National intervened in this action and filed an Amended Complaint in Intervention against the Ambassador Defendants and others. (ECF Nos. 43, 47.)

3.      In November 2020, Defendants Gagliardi and Goldenstar filed for bankruptcy in the U.S. Bankruptcy Court for the Northern District of California. (*See* ECF No. 118.)

4.      In February 2021, Defendant Performance initiated liquidation proceedings in the Cayman Islands, and joint voluntary liquidators (the "Liquidators") were appointed for Performance. (ECF No. 112.)

5.      In March 2021, the Liquidators sought, and subsequently received, court supervision of the Performance liquidation through the Grand Court of the Cayman Islands, as well as Chapter 15 recognition of the Cayman liquidation of Performance in the U.S. Bankruptcy Court for the Southern District of Florida. (*See* ECF No. 112.)

6.      On October 14, 2021, the Court re-set the deadline for joining parties or amending pleadings to on or before November 12, 2021. (ECF No. 131.)

7.      Since that time, the Parties have focused on settling this matter. For example, ePremium entered into a written settlement agreement with State National, pursuant to which State National and ePremium filed a Joint Motion with the Court for the entry of an order that: (1) dismisses ePremium as a party to this case; (2) dismisses, with prejudice, any and all of State National's claims against ePremium; (3) dismisses, without prejudice, any and all of ePremium's crossclaims against Ambassador and White; and (4) enters a consent order for a permanent injunction. The court granted the motion on December 9, 2021. (ECF No. 139.)

8.      In addition, State National and Lexington are currently working to settle their claims with respect to certain segregated cells of Performance.

9.      In light of the Parties' focus on resolving the case, Plaintiffs requested, with the Defendants' consent, an extension of time to make determinations with respect to joining parties or amending pleadings. (ECF No. 136.)

10.     The Court granted the extension, setting the deadline for joining parties or amending pleadings to on or before December 13, 2021. (ECF No. 137.)

11.     The Parties' settlement efforts remain ongoing. Plaintiffs require additional time to continue discussions with related third parties in an effort to reach a resolution without needing to name additional parties as Defendants in this lawsuit.

12.     The deadline for adding parties and amending pleadings has not yet passed. (*See* ECF No. 137.)

13.    For the foregoing reasons, good cause exists for granting a two-week extension of time, and no party will be prejudiced if the Court were to enter this Stipulation. *See* FED. R. CIV. P. 16(b)(4).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the deadline for the Parties to file any motion to join additional parties or amend the pleadings is extended by two weeks to December 27, 2021.

Dated: December 10, 2021                    Respectfully submitted,

*Counsel for Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company*

*/s/ Steven T. Whitmer*
Jack A. Wheat
Peter J. Rosene
**McBRAYER PLLC**
500 W. Jefferson St., Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
jwheat@mcbrayerfirm.com
prosene@mcbrayerfirm.com

Steven T. Whitmer *(pro hac vice)*
Julie L. Young *(pro hac vice)*
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
swhitmer@lockelord.com
jyoung@lockelord.com

*Counsel for Plaintiff Lexington Insurance Company*

*/s/ Kelsey L. Kingsbery*
Kelsey L. Kingsbery *(pro hac vice)*
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27615
(919) 862-2200
kelsey.kingsbery@alston.com

Adam J. Kaiser *(pro hac vice)*
Joanna H. Schorr *(pro hac vice)*
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
adam.kaiser@alston.com
joanna.schorr@alston.com

Michael R. Hoernlein *(pro hac vice)*
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
(704) 444-1041
michael.hoernlein@alston.com

- and –

*Counsel for Defendants, Defendants in Intervention and Cross-Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White*

*/s/ Culver V. Halliday*
Christopher E. Schaefer
Culver V. Halliday
Douglas C. Ballantine
Kevin A. Imhof
**STOLL KEENON OGDEN PLLC**
500 W. Jefferson Street, Suite 2000
Louisville, KY 40202
Phone: (502) 333-6000
christopher.schaefer@skofirm.com
culver.halliday@skofirm.com
douglas.ballantine@skofirm.com
kevin.imhof@skofirm.com

Joel T. Beres
Carolyn P. Michener
**STITES & HARBISON, PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Phone: (502) 587-3400
jberes@stites.com
cmichener@stites.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, the foregoing is being filed using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

`

*/s/ Kelsey L. Kingsbery*
*Counsel for Plaintiff Lexington Insurance Company*