# Exhibit B

**From:** Brandon White [mailto:brandon.white@ambassadorcaptive.com]
**Sent:** Monday, December 03, 2018 11:04 AM
**To:** Davina, Joseph
**Cc:** Darin Smith
**Subject:** Re: HSR - Gagliardi Captive

Joe,

This is the guy I left you a voicemail about on Friday evening. I would prefer you don't call him back until we have clarity on what your team can do on the program. There is miscommunication here but it is on the client side. I can work through it but need your internal dialogue with Chris first so we know where to go from here.

Thanks Joe!

Sincerely,

Brandon M. White, CIC, CRM, CWCA
Founder/President
Ambassador Captive Solutions
9700 Park Plaza Avenue, Suite 201
Louisville, KY 40241
502.439.1555

www.ambassadorcaptive.com

"Everything should be made as simple as possible, but not simpler." - Roger Sessions, Composer

Sent from my iPhone

On Dec 3, 2018, at 10:42 AM, Davina, Joseph <Joseph.Davina@AIG.com> wrote:

FYI, this isn't in effect with us. Is there a miscommunication prior to me calling him?

**Joseph Davina, Vice President**
**AIG Risk Management | Group Captives**
175 Water Street, 26th Floor, New York, NY 10038
Direct: (646) 857-1345 | Mobile: (917) 224-3451
Joseph.Davina@aig.com | www.aig.com

**From:** Tom Lenihan [mailto:tomlenihan@hsri.com]
**Sent:** Monday, December 03, 2018 10:39 AM
**To:** Davina, Joseph

**Cc:** Marco Gagliardi
**Subject:** HSR - Gagliardi Captive

Mr. Davina:

Good morning. I left you a voice message this morning introducing myself. I am the President of Health Special Risk, Inc. (HSR) the TPA for the Gagliardi Participant Accident Captive program.

My contact information is below and I'd appreciate it greatly if we could talk today if at all possible. Best is via my cell – **(972) 741-6507**.

As you know this program went into effective on 7/1/18 with y'all and we need to move forward on getting HSR's TPA Agreement reactivated with AIG so that we can process and adjust claims that occurred since the move from QBE to AIG on July 1.

I look forward to speak with you at your earliest convenience.

Best regards,

Tom Lenihan


*Tom Lenihan*
*President*

***Health Special Risk, Inc.***
**HSR Plaza II**
4100 Medical Parkway, Suite 200
Carrollton, Texas 75007
**Direct: (972) 512-5700**
**Cell: (972) 741-6507**
**TomLenihan@hsri.com**

(972) 512-5701 Direct Fax
(972) 512-5600 Main
(972) 512-5820 Main Fax
**www.HealthSpecialRisk.com**

*This message and any attachments are sent for HSR business purposes and may contain confidential information intended only for the individual(s) named herein. If you are not the named addressee, please do not disseminate, distribute, alter or copy this e-mail. Please notify me immediately if you have received this e-mail in error. HSR makes every effort to secure any confidential information but e-mail transmissions cannot be guaranteed to be secure or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, neither HSR nor I accept liability for any errors or omissions in the contents of this message which may arise during or as a result of e-mail transmission. Thank you & have a nice day.*

IMPORTANT: Please note that coverage cannot be bound, altered, or cancelled via email without confirmation from an authorized representative of Health Special Risk, Inc. CONFIDENTIALITY NOTICE: The information contained in this communication, including attachments, is privileged and confidential. It is intended only for the exclusive use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly

3

prohibited. If you have received this communication in error, please notify us by telephone immediately at 972-512-5600 or Toll-free at 800-328-1114 or by e-mail at CustomerService@HSRI.com. NOTE: Although we have taken steps to ensure that this e-mail and its attachments (if any) are free from any virus, the recipient should, in keeping with good computing practice, also check this e-mail and any attachments for the presence of viruses.