# Exhibit C

**From:** Darin Smith [mailto:darin.smith@ambassadorcaptive.com]
**Sent:** Thursday, December 20, 2018 11:03 AM
**To:** Davina, Joseph
**Cc:** Brandon White
**Subject:** Re: Gagliardi Captive

Joe,

Good morning and thanks for passing that along. I can assure you this is the first we have seen of this and would never act in this capacity. I believe Brandon left you a voicemail already and I am on the road to meet a client for lunch. Call me if you get this email soon or let's aim for this afternoon to talk.

We're also at a loss of words and trying to figure out exactly how this occurred and who is responsible.

Thanks again,

Darin E. Smith
Ambassador Captive Solutions
9700 Park Plaza Avenue, Suite 201
Louisville, KY 40241
502.741.1883
www.ambassadorcaptive.com
darin.smith@ambassadorcaptive.com


Sent from my iPhone. This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited by law. If you have received this e-mail in error, please notify the sender by replying to this message and shred and/or delete this information immediately.

On Dec 20, 2018, at 10:43 AM, Davina, Joseph <Joseph.Davina@aig.com> wrote:

Guys,

This was sent to me. There is an email below from me to Brandon that I never sent. This is a bit disturbing to say the least. We need to discuss this as misrepresenting forged emails from me will not be tolerated. This is a serious violation and could result in a lot of trouble since I do not have any authority to grant this type of approval for A&H, approving TPA's, fronted deals and backdating.

Can someone explain this to me please because I am at a loss of words on how this is ethical.

Thanks,

**Joseph Davina, Vice President
AIG Risk Management | Group Captives**

175 Water Street, 26th Floor, New York, NY 10038
Direct: (646) 857-1345 | Mobile: (917) 224-3451
Joseph.Davina@aig.com | www.aig.com

**From:** Tom Lenihan [mailto:tomlenihan@hsri.com]
**Sent:** Tuesday, December 18, 2018 4:28 PM
**To:** Davina, Joseph
**Cc:** Marco Gagliardi
**Subject:** Gagliardi Captive

Mr. Davina:
I received a copy of your 12/10/18 email below to Darin Smith at Ambassador Captive giving HSR "**conditional approval to manage the claims for Goldenstar going back to 7/1/18".**
We would like to get the TPA Agreement process moving as fast as possible. Can you put me in direct touch with the appropriate person(s) at AIG that can make this happen?
I would greatly appreciate your response as soon as possible.
Thank you for your assistance.
Regards,

*Tom*
Tom Lenihan
*President*

**Health Special Risk, Inc.**
Direct: (972) 512-5700
Cell: (972) 741-6507

Fax: (972) 512-5701

*This message and any attachments are sent for HSR business purposes and may contain confidential information intended only for the individual(s) named herein. If you are not the named addressee, please do not disseminate, distribute, alter or copy this e-mail. Please notify me immediately if you have received this e-mail in error. HSR makes every effort to secure any confidential information but e-mail transmissions cannot be guaranteed to be secure or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, neither HSR nor I accept liability for any errors or omissions in the contents of this message which may arise during or as a result of e-mail transmission. Thank you & have a nice day.*
**From:** brandon.white@ambassadorcaptive.com <brandon.white@ambassadorcaptive.com>
**Sent:** Monday, December 17, 2018 8:55 AM
**To:** Tom Lenihan <tomlenihan@hsri.com>
**Cc:** mgagliardi@gsportsinsurance.com
**Subject:** FWD: RE: Gagliardi Captive

Tom,

Per my discussion with Marco, please see the email below that is gives HSRI permission to manage the claims until we get the formal agreement in place. I hope this, accompanied by the agreement will allow us to move forward on reimbursing claims to QBE. More to come as I am pushing them daily for action on the formal agreement. I was waiting to send this in the hopes that they would have sent you an email directly and am pushing for this as well.

Sincerely,

Brandon M. White, CIC, CRM, CWCA
President/Founding Partner
Ambassador Captive Solutions
9700 Park Plaza Avenue, Suite 201
Louisville, KY 40241
502.439.1555
www.ambassadorcaptive.com
"Everything should be made as simple as possible, but not simpler." -Roger Sessions, Composer

--------- Original Message ---------

Subject: RE: Gagliardi Captive
From: "Davina, Joseph" <Joseph.Davina@AIG.com>
Date: 12/10/18 12:03 pm
To: "Darin Smith" <darin.smith@ambassadorcaptive.com>
Cc: "Brandon White" <brandon.white@ambassadorcaptive.com>

**Hi Darin,**

**I will be communicating with HSRI this week that they have our conditional approval to manage the claims for Goldenstar going back to 7/1/18 until we get them formally back on our list of approved TPAs. We are working to get this done through all of the internal transition items and we have been delayed but our agreement is in force.**

**We are waiting to meet with Chris as we speak. We will circle back shortly.**

**Thanks,**

**Joseph Davina, Vice President**
**AIG Risk Management | Group Captives**
175 Water Street, 26th Floor, New York, NY 10038
Direct: (646) 857-1345
Joseph.Davina@aig.com | www.aig.com


IMPORTANT: Please note that coverage cannot be bound, altered, or cancelled via email without confirmation from an authorized representative of Health Special Risk, Inc. CONFIDENTIALITY NOTICE: The information contained in this communication, including attachments, is privileged and confidential. It is intended only for the exclusive use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at 972-512-5600 or Toll-free at 800-328-1114 or by e-mail at CustomerService@HSRI.com. NOTE: Although we have taken steps to ensure that this e-mail and its attachments (if any) are free from any virus, the recipient should, in keeping with good computing practice, also check this e-mail and any attachments for the presence of viruses.