# Exhibit D

**From:** Brandon White [mailto:brandon.white@ambassadorcaptive.com]
**Sent:** Friday, February 08, 2019 11:53 AM
**To:** Davina, Joseph; darin.smith@ambassadorcaptive.com
**Subject:** Re: Goldenstar Insurance SP

I am on this, Joe…sorry you keep getting tagged. It is a mix of miscommunication on the clients part and messaging from the captive manager. I am here in Cayman this week getting it straightened out on this side.

Sincerely,

Brandon M. White, CIC, CRM
Founder/President
Ambassador Captive Solutions
9700 Park Plaza Avenue, Suite 201
Louisville, KY 40241
502.439.1555
www.ambassadorcaptive.com

"Simplicity is the ultimate sophistication." – da Vinci (or) Clare Boothe Luce

**From:** "Davina, Joseph"
**Date:** Friday, February 8, 2019 at 11:29 AM
**To:** Brandon White , "darin.smith@ambassadorcaptive.com"
**Subject:** Fwd: Goldenstar Insurance SP

Hey Guys,

Hope all is well. Can we figure this out? Does AIG write Goldenstar that I'm not aware of? This is Gagliardi which we do not write. We need to figure out why we keep getting asked about this.

Thanks,

**Joseph Davina, Vice President**
**AIG Risk Management | Group Captives**
175 Water Street, 26th Floor, New York, NY 10038
Direct: (646) 857-1345 | Mobile: (917) 224-3451
Joseph.Davina@aig.com | www.aig.com

Begin forwarded message:

**From:** Beth Biega <BBiega@atlascaptives.com>
**Date:** February 8, 2019 at 1:27:04 PM GMT-3
**To:** "Davina, Joseph" <Joseph.Davina@AIG.com>
**Cc:** "Rogers, Brian" <brian.rogers@aig.com>, Brenda Munnelly <bmunnelly@atlascaptives.com>
**Subject: RE: Goldenstar Insurance SP**

Hi,

Yes, it is Ambassador. Thank you for getting back so quickly.

Kind regards,
Beth


Beth Biega
*Vice President*
Tel: +1 345-945-5556

 

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Davina, Joseph <Joseph.Davina@AIG.com>
**Sent:** Friday, February 08, 2019 11:18 AM
**To:** Beth Biega <BBiega@atlascaptives.com>
**Cc:** Rogers, Brian <brian.rogers@aig.com>; Brenda Munnelly <bmunnelly@atlascaptives.com>
**Subject:** Re: Goldenstar Insurance SP

Hi Beth,

Can you advise who the captive intermediary is on this? Is it Ambassador?

Thanks,

**Joseph Davina, Vice President**
**AIG Risk Management | Group Captives**
175 Water Street, 26th Floor, New York, NY 10038
Direct: (646) 857-1345 | Mobile: (917) 224-3451
Joseph.Davina@aig.com | www.aig.com

On Feb 8, 2019, at 1:13 PM, Beth Biega <BBiega@atlascaptives.com> wrote:

Good morning Brian & Joe,
I'm trying to obtain the LOC wording for Goldenstar's LOC to Lexington, can you please provide the required wording from Lexington? If you are not the correct contact for the above Captive please let me know who I should be speaking with.

Kind regards,

2

Beth

Beth Biega
*Vice President*

Whitehall House, 3rd Floor, 238 North Church Street
PO Box 699, Grand Cayman, KY1-1107, Cayman Islands
Tel: +1 345-945-5556
Fax: +1 345-945-5557
Skype: bethbiega

www.atlascaptives.com          bbiega@atlascaptives.com

Anguilla | Bahamas | Cayman Islands | Nevis | D.C. | Delaware | Georgia | Montana | North Carolina | Oklahoma | South Carolina | Tennessee | Texas | Utah

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

3