# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:20-CV-00330-BJB-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge Benjamin Beaton |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |
| ) | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; ) | |
| HERITAGERM, LLC d/b/a SANFORD & ) | |
| TATUM INSURANCE AGENCY and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. | |

**AGREED ORDER GRANTING PLAINTIFF INTERVENORS LEAVE TO FILE
<u>SECOND AMENDED INTERVENING COMPLAINT</u>**

Pending before the Court is the timely motion of Plaintiff-Intervenors, State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National"), for leave to file a Second Amended Intervening Complaint, the purpose of which is to (1) join HeritageRM, LLC d/b/a Sanford & Tatum Insurance Agency ("Sanford & Tatum") as a Defendant in Intervention, (2) remove ePremium Insurance Agency, LLC ("ePremium") as a Defendant in Intervention, because State National's claims against ePremium have been resolved through settlement, and (3) add additional information that State National has learned through discovery.

The Defendants in Intervention again named in the proposed Second Amended Intervening Complaint are The Ambassador Group LLC d/b/a Ambassador Captive Solutions ("Ambassador"), Brandon White ("White"), Performance Insurance Company SPC ("Performance") and Gagliardi Insurance Services, Inc. ("Gagliardi"). Ambassador and White consent to the filing of the Second Amended Intervening Complaint. As Performance and Gagliardi are both in bankruptcy and any claims against them are stayed, State National does not assert any new claims or requests for relief against those Defendants in Intervention. *See, e.g., In re Gronczewski*, 444 B.R. 526 (Bankr. E.D. Pa. 2011).

Accordingly, by agreement of State National, Ambassador and White, and the Court otherwise being sufficiently advised, IT IS HEREBY ORDERED AS FOLLOWS:

1. State National is granted leave of Court to file the Second Amended Intervening Complaint [Dkt #142-1], which submission is deemed both filed of record and served upon the remaining Defendants in Intervention the date of entry hereof.

2.      Upon issuance by the Clerk of the Court of the appropriate Summons to Sanford & Tatum, State National shall proceed in due course to effect service of process upon said newly joined Defendant in Intervention.

SO ORDERED.

| | |
|---|---|
| ***Counsel for Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company*** | ***Counsel for Defendants, Defendants in Intervention and Cross-Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White*** |
| /s/ Jack A. Wheat<br>Jack A. Wheat<br>Peter J. Rosene<br>McBRAYER PLLC<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone: (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | /s/Culver V. Halliday (with permission)<br>Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 333-6000<br>christopher.schaefer@skofirm.com<br>culver.halliday@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com |