# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; and BRANDON WHITE,<br><br>    Defendants.<br><br>STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCY COMPANY, SPC; EPREMIUM INSURANCE AGENCY, LLC; and GAGLIARDI INSURANCE SERVICES, INC.,<br><br>    Defendants In Intervention. | Case No. 3:20-cv-330-BJB-LLK<br><br>Judge Benjamin Beaton<br><br>Magistrate Judge Lanny King |

### AGREED ORDER GRANTING LEXINGTON INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS COMPLAINT

Pending before the Court is Plaintiff Lexington Insurance Company's ("Lexington") timely

Motion for Leave to Amend and Supplement its Complaint to join Heritage-RM, LLC d/b/a

1

Sanford & Tatum Insurance Agency ("Sanford & Tatum") as a Defendant, add American International Group, Inc. and National Union Fire Insurance Company of Pittsburgh, Pa. as Plaintiffs, and add additional information that Lexington has learned through discovery.

The Defendants again named in the proposed Amended Complaint are The Ambassador Group LLC d/b/a Ambassador Captive Solutions ("Ambassador"), Brandon White ("White"), Performance Insurance Company SPC ("Performance"), Gagliardi Insurance Services, Inc. ("Gagliardi"), and Goldenstar Speciality Insurance, LLC ("Goldenstar"). Ambassador and White consent to the filing of the Amended Complaint. As Performance, Gagliardi, and Goldenstar are all in bankruptcy and any claims against them are stayed, Lexington does not assert any new claims or requests for relief against those Defendants.

Accordingly, by agreement of Lexington, Ambassador and White, and the Court otherwise being sufficiently advised, IT IS HEREBY ORDERED AS FOLLOWS:

1. Lexington is granted leave of Court to file its Amended Complaint and Jury Demand [Dkt #143-1], which submission is deemed both filed of record and served upon the remaining Defendants the date of entry hereof.

2. Upon issuance by the Clerk of the Court of the appropriate Summons to Sanford & Tatum, Lexington shall proceed in due course to effect service of process upon said newly joined Defendant.

SO ORDERED.

| | |
|---|---|
| *Counsel for Plaintiffs Lexington Insurance Company* | *Counsel for Defendants, Defendants in Intervention and Cross-Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions & Brandon White* |
| */s/ Kelsey L. Kingsbery*<br>Kelsey L. Kingsbery<br>(admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>555 Fayetteville Street, Suite 600<br>Raleigh, NC 27615<br>(919) 862-2200<br>kelsey.kingsbery@alston.com<br><br>Adam J. Kaiser (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>adam.kaiser@alston.com<br><br>Michael R. Hoernlein (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>(704) 444-1041<br>michael.hoernlein@alston.com<br><br>Joel T. Beres, Esq. (KBA No. 84376)<br>**STITES & HARBISON, PLLC**<br>400 W. Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>T: (502) 587-3400<br>F: (502) 587-6391<br>jberes@stites.com | */s/ Culver V. Halliday (with permission)*<br>Christopher E. Schaefer<br>Culver V. Halliday<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**Stoll Keenon Ogden PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone: (502) 333-6000<br>christopher.schaefer@skofirm.com<br>culver.halliday@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, the foregoing is being filed using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

`

/s/ Kelsey L. Kingsbery
Kelsey L. Kingsbery

*Counsel for Plaintiff Lexington Insurance Company*