# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| and | ) |
| | ) |
| **STATE NATIONAL INSURANCE** | ) |
| **COMPANY, INC,** *et al.* | ) |
| | ) |
| **Intervening Plaintiffs,** | )   CASE NO. 3:20-CV-00330-BJB-LLK |
| | ) |
| v. | ) |
| | ) |
| **THE AMBASSADOR GROUP LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### AGREED ORDER EXTENDING THE TIME FOR AMBASSADOR DEFENDANTS TO RESPOND TO LEXINGTON'S FIRST AMENDED COMPLAINT AND STATE NATIONAL'S SECOND AMENDED INTERVENING COMPLAINT

This order having been agreed to by Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa and American Insurance Group, Inc. (collectively, "Lexington"), Intervening Plaintiffs State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National"), and Defendants The Ambassador Group LLC and Brandon M. White (collectively, "Ambassador Defendants"), the Court being otherwise duly and sufficiently advised,

IT IS ORDERED that the time for Ambassador Defendants to serve responses to Lexington's first amended complaint (DN 143-1) and State National's second amended intervening complaint (DN 142-1), is extended from January 27 to February 10, 2022.

Agreed to and tendered by:

*Attorneys for Plaintiffs*
*Lexington Insurance Company, National Union Fire Insurance Company*
*of Pittsburgh, Pa and American Insurance Group, Inc.*

/s/ Joel T. Beres (*with permission*)
Joel T. Beres, Esq. (KBA No. 84376)
STITES & HARBISON, PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
(502) 587-3400
jberes@stites.com

Adam J. Kaiser (admitted *pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
adam.kaiser@alston.com

Michael R. Hoernlein (admitted *pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
(704) 444-1041
michael.hoernlein@alston.com

Kelsey L. Kingsbery (admitted *pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27615
(919) 862-2200
kelsey.kingsbery@alston.com

-and-

*Attorneys for Plaintiff-Intervenors*
*State National Insurance Company, Inc. and*
*National Specialty Insurance Company*

/s/ Jack A. Wheat (*with permission*)
Jack A. Wheat
Peter J. Rosene
McBRAYER PLLC
500 W. Jefferson St., Suite 2400
Louisville, KY 40202
(502) 327-5400
jwheat@mcbrayerfirm.com
prosene@mcbrayerfirm.com

Steven T. Whitmer (*pro hac vice*)
Julie L. Young (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
swhitmer@lockelord.com
jyoung@lockelord.com

-and-

*Attorneys for Defendants*
*The Ambassador Group LLC and*
*Brandon White*

/s/ Kevin A. Imhof
Culver V. Halliday
Kevin A. Imhof
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202
(502) 333-6000
culver.halliday@skofirm.com
kevin.imhof@skofirm.com

124988.167966/8709114.1