**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC.; <br><br> Plaintiff, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE, and HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. | Case No. 3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br> **CONSENT TO CONFIDENTIALITY AGREEMENT (ECF NO. 111) AND AGREED RULE 502(d) ORDER (ECF NO. 113)** |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> <u>Defendants in Intervention.</u> | |

**COMES NOW**, the Defendant, Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency ("Sanford"), and undersigned counsel and, hereby stipulate and agree to be bound by the terms of the "Confidentiality Agreement" of record in this matter as set forth in ECF NO. 111 and the "Agreed Rule 502(d) Order of record in this matter as set forth in ECF NO. 113.

        **HERITAGE-RM, LLC**
        **D/B/A SANFORD & TATUM INSURANCE AGENCY**

        **BY COUNSEL**

        /s/ Matthew Mains
        I. Matthew Mains (KY Bar #94353)
        **FLAHERTY SENSABAUGH BONASSO, PLLC**
        2333 Alexandria Drive
        Lexington, KY 40504
        PHONE: 859.394.0017
        FAX: 859.394.0017
        mmains@flahertylegal.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that it has served a true and correct copy Defendant's "**CONSENT TO CONFIDENTIALITY AGREEMENT (ECF NO. 111) AND AGREED RULE 502(D) ORDER (ECF NO. 113),**" upon counsel for the parties, using the CM/ECF system, as well as parties not represented via the Public Access to Court Electronic Records System and/or via U.S. Mail, postage prepaid on this 2nd day of March, 2022.

Michael Hoernlein
Alston & Bird
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Michael.hoernlein@alston.com

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird
90 Park Avenue
New York, NY 10016
Adam.kaiser@alston.com
Joanna.schorr@alston.com

Kelsey L. Kingsbery
Alston & Bird, LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Kelsey.kingsbery@alston.com

Joel T. Beres
Carolyn P. Michener
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
jberes@stites.com
cmichener@stites.com
**Counsel for Lexington Insurance Company**

Peter J. Rosene
Jack Allen Wheat
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
prosene@mcbrayerfirm.com
jwheat@mmlk.com

Steven T. Whitmer
Julie L. Young
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
swhitmer@lockelord.com
jyoung@lockelord.com
**Counsel for State National Insurance Company, Inc.**

Douglas C. Ballantine
Culver V. Halliday
Kevin A. Imhoff
Christopher E. Schaefer
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202
Douglas.ballantine@skofirm.com
Culver.halliday@skofirm.com
Kevin.imhoff@skofirm.com
Christopher.schaefer@skofirm.com
**Counsel for The Ambassador Group LLC and Brandon White**

3

Performance Insurance Company SPC
on behalf of Goldenstar Holdings
Company SP
on behalf of Smart Insurance SP
9700 Park Plaza Avenue, Unit 201
Louisville, KY  40241

/s/ Matthew Mains
I. Matthew Mains (KY Bar #94353)