**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY;<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA; and<br>AMERICAN INTERNATIONAL GROUP,<br>INC.;<br><br>      Plaintiff,<br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS;<br>GAGLIARDI INSURANCE SERVICES, INC.;<br>GOLDENSTAR SPECIALTY INSURANCE,<br>LLC; PERFORMANCE INSURANCE<br>COMPANY SPC on behalf of GOLDENSTAR<br>HOLDINGS COMPANY SP and on behalf of<br>SMART INSURE SP; BRANDON WHITE, and<br>HERITAGE-RM, LLC D/B/A SANFORD &<br>TATUM INSURANCE AGENCY,<br><br>      Defendants.<br><hr>STATE NATIONAL INSURANCE<br>COMPANY, INC. and NATIONAL<br>SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff-Intervenors,<br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a<br>AMBASSADOR CAPTIVE SOLUTIONS;<br>BRANDON WHITE; PERFORMANCE<br>INSURANCE COMPANY SPC;<br>HERITAGE-RM, LLC D/B/A SANFORD &<br>TATUM INSURANCE AGENCY; and<br>GAGLIARDI INSURANCE SERVICES, INC.,<br><br>      <u>Defendants in Intervention.</u> | Case No. 3:20-CV-00330-BJB-LLK<br><br>Judge Benjamin J. Beaton<br><br>Magistrate Judge Lanny King<br><br><br><br><br><br><br>**NOTICE OF SERVICE** |

**COMES NOW**, the Defendant, Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency ("Sanford"), by counsel, and hereby gives notice that on March 10, 2022, it served its Rule 26(a)(1) disclosures upon the parties and/or counsel of record as set forth in the "Certificate of Service," below.

**HERITAGE-RM, LLC**
**D/B/A SANFORD & TATUM INSURANCE AGENCY**

**BY COUNSEL**

/s/ Matthew Mains
I. Matthew Mains (KY Bar #94353)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
2333 Alexandria Drive
Lexington, KY 40504
PHONE: 859.394.0017
FAX: 859.394.0017
mmains@flahertylegal.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that it has served a true and correct copy Defendant's *"NOTICE OF SERVICE"* upon counsel for the parties, using the CM/ECF system, as well as parties not represented via the Public Access to Court Electronic Records System and/or via U.S. Mail, postage prepaid on this 10th day of March, 2022.

Michael Hoernlein
Alston & Bird
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Michael.hoernlein@alston.com

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird
90 Park Avenue
New York, NY 10016
Adam.kaiser@alston.com
Joanna.schorr@alston.com

Kelsey L. Kingsbery
Alston & Bird, LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Kelsey.kingsbery@alston.com

Joel T. Beres
Carolyn P. Michener
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
jberes@stites.com
cmichener@stites.com
**Counsel for Lexington Insurance Company**

Performance Insurance Company SPC
on behalf of Goldenstar Holdings
Company SP
on behalf of Smart Insurance SP
9700 Park Plaza Avenue, Unit 201
Louisville, KY  40241

Peter J. Rosene
Jack Allen Wheat
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
prosene@mcbrayerfirm.com
jwheat@mmlk.com

Steven T. Whitmer
Julie L. Young
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
swhitmer@lockelord.com
jyoung@lockelord.com
**Counsel for State National Insurance Company, Inc.**

Douglas C. Ballantine
Culver V. Halliday
Kevin A. Imhoff
Christopher E. Schaefer
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202
Douglas.ballantine@skofirm.com
Culver.halliday@skofirm.com
Kevin.imhoff@skofirm.com
Christopher.schaefer@skofirm.com
**Counsel for The Ambassador Group LLC and Brandon White**

/s/ Matthew Mains
I. Matthew Mains (KY Bar #94353)

3