# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC.; <br><br> Plaintiff, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE, and HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. | Case No. 3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br><br><br><br><br><br><br><br><br><br><br> **MOTION TO WITHDRAW AS COUNSEL FOR HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY** |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | |

COMES NOW Megan F. Bosak, and the law firm of Flaherty Sensabaugh Bonasso,

PLLC ("Flaherty"), and move the Court pursuant to Rule 83.6 of the Joint Civil Local Rules for the Western District of Kentucky for entry of an Order allowing Flaherty to withdraw as counsel for Defendant, Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency. Flaherty states as follows in further support of this motion:

1. Circumstances exist which make it untenable for Flaherty to continue serving as counsel for Defendant, Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency, including but not limited to loss of the primary or principal attorney on this file, and the closure of Flaherty's Kentucky office. Therefore, good cause exists to grant the relief sought by Flaherty.

2. Defendant, Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency has retained new counsel, who will be entering an appearance on behalf of Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency once Flaherty is permitted to withdraw as counsel.

3. Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency has consented to this withdrawal. Flaherty respectfully requests that in the event that the Court should Order that such consent be made part of the record, that Flaherty be permitted to tender such exhibit *in camera* and under seal so as to preserve the present attorney-client privilege.

WHEREFORE, Megan F. Bosak, Esq. and the law firm of Flaherty Sensabaugh Bonasso PLLC respectfully request that their Motion to Withdraw as Counsel be granted, and that the Court enter an ORDER granting the relief so requested.

**HERITAGE-RM, LLC**
**D/B/A SANFORD & TATUM INSURANCE AGENCY**

**BY COUNSEL**

/s/ Megan F. Bosak
Megan F. Bosak (KY Bar #98225)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
200 Capitol Street
Charleston, WV 25301
PHONE: 304.347.3788
FAX: 304.345.0260

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that it has served a true and correct copy of "**MOTION TO WITHDRAW AS COUNSEL FOR HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY**" upon counsel for the parties, using the CM/ECF system, as well as parties not represented via the Public Access to Court Electronic Records System and/or via U.S. Mail, postage prepaid on this 10th day of May, 2022.

Michael Hoernlein
Alston & Bird
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Michael.hoernlein@alston.com

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird
90 Park Avenue
New York, NY 10016
Adam.kaiser@alston.com
Joanna.schorr@alston.com

Kelsey L. Kingsbery
Alston & Bird, LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Kelsey.kingsbery@alston.com

Joel T. Beres
Carolyn P. Michener
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
jberes@stites.com
cmichener@stites.com
*Counsel for Lexington Insurance Company*

Douglas C. Ballantine
Culver V. Halliday
Kevin A. Imhoff
Christopher E. Schaefer
Stoll Keenon Ogden PLLC

Peter J. Rosene
Jack Allen Wheat
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
prosene@mcbrayerfirm.com
jwheat@mmlk.com

Steven T. Whitmer
Julie L. Young
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
swhitmer@lockelord.com
jyoung@lockelord.com
*Counsel for State National Insurance Company, Inc.*

Performance Insurance Company SPC
9700 Park Plaza Avenue, Unit 201
Louisville, KY 40241

500 West Jefferson Street, Suite 2000
Louisville, KY 40202
Douglas.ballantine@skofirm.com
Culver.halliday@skofirm.com
Kevin.imhoff@skofirm.com
Christopher.schaefer@skofirm.com
*Counsel for The Ambassador Group LLC and Brandon White*

/s/ Megan F. Bosak
Megan F. Bosak (KY Bar #98225)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
200 Capitol Street
Charleston, WV 25301
PHONE: 304.347.3788
FAX: 304.345.0260