# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC.; <br><br> Plaintiff, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE, and HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. | Case No. 3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br><br><br><br><br><br><br><br><br> **NOTICE OF FILING PROPOSED ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL FOR HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY** |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | |

Upon due consideration of the *AMENDED MOTION TO WITHDRAW AS COUNSEL*

*FOR HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY* on behalf of Megan F. Bosak, Esq., and the law firm of Flaherty Sensabaugh Bonasso, PLLC (including the withdrawal of attorney Ira M. Mains, who is no longer associated with the law firm of Flaherty Sensabaugh Bonasso, PLLC), and upon seeing good cause exists to grant the relief sought therein, such Motion is GRANTED and counsel is permitted to withdraw. The Clerk is hereby directed to note on the docket that Megan F. Bosak, Esq., and the law firm of Flaherty Sensabaugh Bonasso, PLLC has withdrawn representation for Defendant Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency. Ira M. Mains should also be removed from the docket as counsel for Defendant Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency.

All pleadings, notices or other papers may be served on said Defendant Heritage-RM, LLC d/b/a Sanford & Tatum Insurance Agency through new, pending counsel, W. Kennedy Simpson and Chad O. Propst of Thompson Miller & Simpson, PLC, who have entered an appearance on the docket.

The Clerk is DIRECTED to send a certified copy of this ORDER to all counsel of record.

ENTERED this ___ day of _____, 2022.

_____
Magistrate Judge Lanny King

Tendered By:

 /s/ Megan F. Bosak_____
Megan F. Bosak (KY Bar #98225)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
200 Capitol Street
Charleston, WV 25301
PHONE: 304.347.3788
FAX: 304.345.0260
mbosak@flahertylegal.com