**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Case No.  3:20-CV-00330-BJB-LLK**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; *et al.,* | PLAINTIFFS, |
| v. | |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; *et al.,* | DEFENDANTS, |
| v. | |
| STATE NATIONAL INSURANCE COMPANY, INC.; *et al.,* | PLAINTIFF-INTERVENORS, |
| v. | |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; *et al*., | DEFENDANTS IN INTERVENTION. |

## ORDER

The Court **GRANTS** the proposed deadlines in parties' Joint Status Report [DN 178].

The Court accepts the parties' proposed deadlines of:

1.	No later than **November 15, 2022**, the parties shall file any motion to join additional parties or amend the pleadings.

2.	No later than **February 15, 2023**, the parties shall complete all fact discovery, including any depositions.

3.	No later than **April 15, 2023**, the party who has the initial burden of proof on the subject matter shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

4.	No later than **May 30, 2023**, the party seeking to rebut or contradict evidence presented by an expert shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

5.  No later than **July 31, 2023**, the parties shall complete all expert discovery, including any expert depositions.

6.  No later than **August 31, 2023**, counsel for the parties shall file all dispositive motions and motions objecting to the admissibility of expert witness testimony under Rule 702 of the Federal Rules of Evidence, *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

**IT IS HEREBY ORDERED** that a Telephonic Status Conference is scheduled for **Monday, January 30, 2023, at 11:00 Eastern Time, 10:00 Central Time** before Magistrate Judge Lanny King. Counsel for the parties shall connect to the call by dialing the toll-free meeting number 1-877-848-7030 and entering access code 7238577# when prompted.

August 23, 2022

Lanny King, Magistrate Judge
United States District Court