UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LEXINGTON INSURANCE COMPANY
-vs-

Case No.: 3:20-cv-00330-BJB-LLK

THE AMBASSADOR GROUP LLC ET AL
_____/

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Gregory S. Grossman, is permitted to argue or try this case in whole or in part as counsel for Kenneth Krys and Neil Dempsey not individually but solely in their capacity as the foreign representative as acknowledged under Chapter 15 of the US Bankruptcy Code by the United States Bankruptcy Court for the Southern District of Florida in Case No. 21-12609-AJC and as Joint Official Liquidators of the insolvency estate of Performance Insurance Company SPC and its underlying segregated portfolios pending the Grand Court of the Cayman Islands Case No. FSD-70-of-2021 (RPJ).

September 27, 2022

**Lanny King, Magistrate Judge**
**United States District Court**