**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

LEXINGTON INSURANCE COMPANY;   )
NATIONAL UNION FIRE INSURANCE   )
COMPANY OF PITTSBURGH, PA; and   )
AMERICAN INTERNATIONAL GROUP,   )
INC.   )
    )
     Plaintiffs   )
    )
v.   )     No.: 3:20-CV-00330-BJB-LLK
    )
THE AMBASSADOR GROUP LLC d/b/a   )     Judge Benjamin J. Beaton
AMBASSADOR CAPTIVE SOLUTIONS;   )
GAGLIARDI INSURANCE SERVICES, INC.;   )     Magistrate Judge Lanny King
GOLDENSTAR SPECIALTY INSURANCE,   )
LLC; PERFORMANCE INSURANCE   )
COMPANY SPC on behalf of GOLDENSTAR   )
HOLDINGS COMPANY SP and on behalf of   )     **SANFORD & TATUM INSURANCE AGENCY'S**
HERITAGE-RM, LLC D/B/A SANFORD &   )     **MOTION FOR JUDGMENT ON THE PLEADINGS**
TATUM INSURANCE AGENCY,   )     **REGARDING LEXINGTON INSURANCE**
    )     **CO.'S AND AIG'S MISAPPROPRIATION**
     Defendants   )     **OF NAME CLAIM**
———————————————————   )
    )
STATE NATIONAL INSURANCE   )
COMPANY, INC. and NATIONAL   )
SPECIALTY INSURANCE COMPANY,   )
    )
     Plaintiffs-Intervenors,   )
v.   )
    )
THE AMBASSADOR GROUP LLC d/b/a   )
AMBASSADOR CAPTIVE SOLUTIONS;   )
BRANDON WHITE; PERFORMANCE   )
INSURANCE COMPANY SPC;   )
HERITAGE-RM, LLC, D/B/A SANFORD &   )
TATUM INSURANCE AGENCY; and   )
GAGLIARDI INSURANCE SERVICES, INC.,   )
    )
     Defendants in Intervention.   )
———————————————————   )

Under Federal Rules of Civil Procedure 12(b)(6) and (c), Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, by counsel, moves the Court for judgment on the pleadings regarding Plaintiffs Lexington Insurance Company's and American International Group, Inc.'s "Count Four" misappropriation of name claim. A supporting memorandum of law and proposed order are also attached.

Respectfully Submitted,

/s/ Chad O. Propst

_____

W. KENNEDY SIMPSON
CHAD O. PROPST
ABBIE C. O'BRIEN
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 585-9900
ksimpson@tmslawplc.com
cpropst@tmslawplc.com
aobrien@tmslawplc.com
*Counsel for Heritage-RM, LLC,*
*d/b/a Sanford & Tatum Insurance Agency*

## CERTIFICATE OF SERVICE

On December 9, 2022, a copy of the foregoing was filed with this Court's CM/ECF system and also served by email to the following:

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird LLP – New York
90 Park Avenue
New York, NY 10016-1387
P 212-210-9400
F 212-210-9444
adam.kaiser@alston.com
3oanna.schorr@alston.com

Carolyn P. Michener
Joel T. Beres
Stites & Harbison, PLLC
400 W. Market St., Ste. 1800
Louisville, KY  40202
P 502-587-6391
cmichener@stites.com
jberes@stites.com

Kelsey L. Kingsbery
Alston & Bird, LLP – Raleigh
555 Fayetteville St., Ste. 600
Raleigh, NC 27601
P 919-862-2227
F 919-862-2260
Kelsey.kingsbery@alston.com

Michael R. Hoernlein
Alston & Bird – Charlotte
Bank of America Plaza
101 South Tryon St., Ste. 4000
Charlotte, NC 28080
P 704-444-1041
F 704-444-1951
Michael.hoernlein@alston.com
*Counsel for Plaintiffs Lexington Insurance Company, American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA*

Jack Allen Wheat
Peter J. Rosene
McBrayer PLLC
500 W. Jefferson St., Ste. 2400
Louisville, KY  40202
P 502-327-5400
F 502-327-5444
jwheat@mmlk.com
prosene@mcbrayerfirm.com

Julie L. Young
Steven T. Whitmer
Locke Lord LLP
111 S. Wacker DR.
Chicago, IL 606065
P 312-443-0700
F 312-896-6254
jyoung@locelord.com
swhitmer@lockelord.com
*Counsel for Intervenor Plaintiff State National Insurance Company, Inc., National Specialty Insurance Company*

Christopher E. Schaefer
Culver V. Halliday
Douglas C. Ballantine
Kevin A. Imhof
Stoll Keenon Ogden PLLC
500 W. Jefferson St., Ste. 2000
Louisville, KY 40202
christopher.schaefer@skofirm.com
culver.halliday@skofirm.com
douglas.ballantine@skofirm.com
kevin.imhof@skofirm.com
*Counsel for Defendant The Ambassador Group LLC d/b/a Ambassador Captive Solutions, Gagliardi Insurance Service, Inc., Brandon White*

Pro Se Defendant Goldenstar Specialty
Insurance, LLC

Pro Se Defendant Performance Insurance
Company SPC on behalf of Goldenstar
Holdings Company SP on behalf of Smart
Insure SP

/s/ Chad O. Propst

CHAD O. PROPST
*Counsel for Heritage-RM, LLC,*
*d/b/a Sanford & Tatum Insurance Agency*