**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC. <br><br> Plaintiffs <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants <br><br><br> STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiffs-Intervenors, <br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGE-RM, LLC, D/B/A SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | No. 3:20-CV-00330-BJB-LLK <br> **Judge Benjamin J. Beaton** <br> **Magistrate Judge Lanny King** <br><br><br><br> **S**ANFORD **& T**ATUM **I**NSURANCE **A**GENCY'S **M**OTION FOR **J**UDGMENT **ON THE P**LEADINGS **R**EGARDING **S**TATE **N**ATIONAL **I**NSURANCE **C**O.'S AND **N**ATIONAL **S**PECIALTY **I**NSURANCE **C**O.'S **M**ISAPPROPRIATION OF **N**AME **C**LAIM |

Under Federal Rules of Civil Procedure 12(b)(6) and (c), Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, by counsel, moves the Court for judgment on the pleadings regarding Intervening Plaintiffs State National Insurance Company, Inc.'s and National Specialty Insurance Company's "Count Three" misappropriation of name claim. A supporting memorandum of law and proposed order are also attached.

Respectfully Submitted,

/s/ Chad O. Propst
_____
W. KENNEDY SIMPSON
CHAD O. PROPST
ABBIE C. O'BRIEN
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 585-9900
ksimpson@tmslawplc.com
cpropst@tmslawplc.com
aobrien@tmslawplc.com
*Counsel for Heritage-RM, LLC,*
*d/b/a Sanford & Tatum Insurance Agency*

**CERTIFICATE OF SERVICE**

On December 12, 2022, a copy of the foregoing was filed with this Court's CM/ECF system and also served by email to the following:

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird LLP – New York
90 Park Avenue
New York, NY 10016-1387
P 212-210-9400
F 212-210-9444
adam.kaiser@alston.com
3oanna.schorr@alston.com

Carolyn P. Michener
Joel T. Beres
Stites & Harbison, PLLC
400 W. Market St., Ste. 1800
Louisville, KY 40202
P 502-587-6391
cmichener@stites.com
jberes@stites.com

Kelsey L. Kingsbery
Alston & Bird, LLP – Raleigh
555 Fayetteville St., Ste. 600
Raleigh, NC 27601
P 919-862-2227
F 919-862-2260
Kelsey.kingsbery@alston.com

Michael R. Hoernlein
Alston & Bird – Charlotte
Bank of America Plaza
101 South Tryon St., Ste. 4000
Charlotte, NC 28080
P 704-444-1041
F 704-444-1951
Michael.hoernlein@alston.com
*Counsel for Plaintiffs Lexington Insurance Company, American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA*

Jack Allen Wheat
Peter J. Rosene
McBrayer PLLC
500 W. Jefferson St., Ste. 2400
Louisville, KY 40202
P 502-327-5400
F 502-327-5444
jwheat@mmlk.com
prosene@mcbrayerfirm.com

Julie L. Young
Steven T. Whitmer
Locke Lord LLP
111 S. Wacker DR.
Chicago, IL 606065
P 312-443-0700
F 312-896-6254
jyoung@locelord.com
swhitmer@lockelord.com
*Counsel for Intervenor Plaintiff State National Insurance Company, Inc., National Specialty Insurance Company*

Christopher E. Schaefer
Culver V. Halliday
Douglas C. Ballantine
Kevin A. Imhof
Stoll Keenon Ogden PLLC
500 W. Jefferson St., Ste. 2000
Louisville, KY 40202
christopher.schaefer@skofirm.com
culver.halliday@skofirm.com
douglas.ballantine@skofirm.com
kevin.imhof@skofirm.com
*Counsel for Defendant The Ambassador Group LLC d/b/a Ambassador Captive Solutions, Gagliardi Insurance Service, Inc., Brandon White*

3

       Pro Se Defendant Goldenstar Specialty Insurance, LLC

       Pro Se Defendant Performance Insurance Company SPC on behalf of Goldenstar Holdings Company SP on behalf of Smart Insure SP

       /s/ Chad O. Propst

       CHAD O. PROPST
       *Counsel for Heritage-RM, LLC,*
       *d/b/a Sanford & Tatum Insurance Agency*