# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC.<br><br>       Plaintiffs<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY,<br><br>       Defendants | **No. 3:20-CV-00330-BJB-LLK**<br>**Judge Benjamin J. Beaton**<br>**Magistrate Judge Lanny King** |
| STATE NATIONAL INSURANCE COMPANY, INC. and NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>       Plaintiffs-Intervenors,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGE-RM, LLC D/B/A SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC.,<br><br>       Defendants in Intervention. | |

### **O**RDER **G**RANTING **H**ERITAGE-RM, LLC'**S,** D/B/A **S**ANFORD **& T**ATUM **I**NSURANCE **A**GENCY'S **M**OTION FOR **J**UDGMENT ON THE **P**LEADINGS **R**EGARDING **S**TATE **N**ATIONAL'S AND **N**ATIONAL **S**PECIALTY **I**NSURANCE'S **C**OUNT **T**HREE **M**ISAPPROPRIATION OF **N**AME **C**LAIM

This matter having come before the Court on Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency's (Sanford) Rules 12(b)(6) and (c) motion for judgment on the pleadings regarding Intervening Plaintiffs State National Insurance Company, Inc.'s and National Specialty Insurance Company's "Count Three" misappropriation of name claim, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that:

1. Sanford's motion is **GRANTED**; and

2. State National Insurance Company, Inc.'s and National Specialty Insurance Company's misappropriation of name claim against Sanford is **DISMISSED** with prejudice.