**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE; and HERITAGE-RM, LLC D/B/A/ SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. <br><br> STATE NATIONAL INSURANCE COMPANY, INC.; and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGERM, LLC d/b/a SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | Case No.  3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King |

## PROPOSED AMENDED AGREED SCHEDULING ORDER

Having reviewed the parties Updated Joint Status Report [DN ___] and being in agreement, the Court accepts the parties' proposed amended deadlines of:

By agreement, the parties now propose the following amended discovery schedule:

1.      No later than **June 15, 2023**, the parties shall complete all fact discovery, including any depositions.

2.      No later than **August 15, 2023**, the party who has the initial burden of proof on the subject matter shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

3.      No later than **August 31, 2023**, counsel for the parties shall file all dispositive motions;

4.      No later than **October 16, 2023**, the party seeking to rebut or contradict evidence presented by an expert shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

5.      No later than **November 16, 2023**, the parties shall complete all supplemental disclosures and responses.

6.      No later than **December 18, 2023**, the parties shall complete all expert discovery, including any expert depositions, and file any pretrial motions, lists or designations, including any motions objecting to the admissibility of expert witness testimony under Rule 702 of the Federal Rules of Evidence, *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

3

7. No later than **November 16, 2023**, the parties shall filed any objections under Fed. R. Civ. P. 26(a)(2).

   **IT IS SO ORDERED.**

                 _____

                 Magistrate Judge Lanny King

   Dated: _____