**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:20-CV-00330-BJB-LLK |
| vs. | )<br>) Judge Benjamin J. Beaton<br>) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE; and HERITAGE-RM, LLC D/B/A/ SANFORD & TATUM INSURANCE AGENCY, | ) Magistrate Judge Lanny King<br>)<br>)<br>) **Agreed Order of Dismissal**<br>) **of Misappropriation**<br>) **of Name Claims of Plaintiffs**<br>) **and Intervening Plaintiffs**<br>) **Against Heritage-RM, LLC,**<br>) **d/b/a Sanford & Tatum**<br>) **Insurance Agency**<br>) |
| Defendants. | ) |
| STATE NATIONAL INSURANCE COMPANY, INC.; and NATIONAL SPECIALTY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Plaintiff-Intervenors, | )<br>) |
| vs. | )<br>) |
| THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGERM, LLC d/b/a SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants in Intervention. | ) |

By agreement of Plaintiffs Lexington Insurance Company and American International Group, Inc.; Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company; and Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency (Sanford), and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the misappropriation of name claims of Plaintiffs Lexington Insurance Company and American International Group, Inc.—at "count four" of their Amended Complaint and Jury Demand (DN 143-1)—and Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company—at "count three" of their Second Amended Intervening Complaint and Jury Demand (DE 142-1)—against Sanford are **DISMISSED WITH PREJUDICE**. Nothing in this Order shall be deemed to impact or resolve, in whole or in part, any other claims asserted by Plaintiffs or Intervening Plaintiffs

_____  
Date

_____  
Benjamin J. Beaton, District Judge,  
United States District Court

**SEEN AND AGREED TO:**

*Counsel for Plaintiffs-in-Intervention State National Insurance Company, Inc. and National Specialty Insurance Company*

/s/  Steven T. Whitmer

Jack A. Wheat
Peter J. Rosene
**McBRAYER PLLC**
500 W. Jefferson St., Suite 2400
Louisville, KY 40202
jwheat@mcbrayerfirm.com

- and –

Steven T. Whitmer
Julie L. Young
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
swhitmer@lockelord.com

*Counsel for Plaintiff Lexington Insurance Company*

/s/  Adam J. Kaiser

Joel T. Beres
Carolyn P. Michener
**STITES & HARBISON, PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
jberes@stites.com

- and –

Adam J. Kaiser
Joanna H. Schorr
Kelsey L. Kingsbery
Michael R. Hoernlein
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
adam.kaiser@alston.com

*Counsel for Defendant,
Defendant-in-Intervention
and Cross-Claimant HeritageRM, LLC,
 d/b/a Sanford & Tatum Insurance*

/s/  Chad O. Propst

W. Kennedy Simpson
Chad Owens Propst
Abbie Carrico O'Brien
**THOMPSON MILLER
& SIMPSON PLC**
734 West Main Street, Suite 400
Louisville, KY 40202
Phone:  (502) 585-9900
cpropst@tmslawplc.com