# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE; and HERITAGE-RM, LLC D/B/A/ SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. <br><br> STATE NATIONAL INSURANCE COMPANY, INC.; and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGERM, LLC d/b/a SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | Case No. 3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br> **AGREED ORDER OF DISMISSAL OF ALL CLAIMS OF PLAINTIFFS AND INTERVENING PLAINTIFFS AGAINST HERITAGE-RM, LLC, D/B/A SANFORD & TATUM INSURANCE AGENCY** |

By agreement of Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and American International Group, Inc.; Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company; and Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all remaining claims of Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and American International Group, Inc., and Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company against Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. Nothing in this Order shall be deemed to impact or resolve, in whole or in part, any other claims asserted by Plaintiffs or Intervening Plaintiffs against The Ambassador Group, LLC, Brandon White, or any other party.

_____  
Date

_____  
Benjamin J. Beaton, District Judge,  
United States District Court

**SEEN AND AGREED TO ON APRIL 13, 2023, BY:**

| | |
|---|---|
| *Counsel for Plaintiffs-in-Intervention State National Insurance Company, Inc., and National Specialty Insurance Company* | *Counsel for Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and American International Group, Inc.* |
| /s/  Steven T. Whitmer | /s/  Adam J. Kaiser |
| Jack A. Wheat<br>Peter J. Rosene<br>**McBRAYER PLLC**<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>jwheat@mcbrayerfirm.com | Joel T. Beres<br>Carolyn P. Michener<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>jberes@stites.com |
| - and – | - and – |
| Steven T. Whitmer<br>Julie L. Young<br>**LOCKE LORD LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>swhitmer@lockelord.com | Adam J. Kaiser<br>Joanna H. Schorr<br>Kelsey L. Kingsbery<br>Michael R. Hoernlein<br>**ALSTON & BIRD, LLP**<br>90 Park Avenue<br>New York, NY 10016<br>adam.kaiser@alston.com |

*Counsel for Defendant, Defendant-in-Intervention and Cross-Claimant HeritageRM, LLC, d/b/a Sanford & Tatum Insurance*

/s/  Chad O. Propst

W. Kennedy Simpson
Chad Owens Propst
Abbie Carrico O'Brien
**THOMPSON MILLER & SIMPSON PLC**
734 West Main Street, Suite 400
Louisville, KY 40202
Phone:  (502) 585-9900
cpropst@tmslawplc.com