# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE; and HERITAGE-RM, LLC D/B/A/ SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. <br><br> STATE NATIONAL INSURANCE COMPANY, INC.; and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGERM, LLC d/b/a SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | Case No. 3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br> **AGREED ORDER OF DISMISSAL OF ALL CLAIMS OF HERITAGE-RM, LLC, D/B/A SANFORD & TATUM INSURANCE AGENCY, AGAINST THE AMBASSADOR GROUP, LLC, D/B/A AMBASSADOR CAPTIVE SOULTIONS, AND BRANDON WHITE** |

By agreement of Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency (Sanford), Defendant/Intervening Defendant The Ambassador Group, LLC, d/b/a Ambassador Captive Soultions (Ambassador), and Defendant/Intervening Defendant Brandon White (White), and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all crossclaims—and hence, all pending claims—of Sanford against Ambassador and White are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees.

_____  _____
Date                                               Benjamin J. Beaton, District Judge,
                                                   United States District Court

**SEEN AND AGREED TO ON APRIL 13, 2023, BY:**

| | |
|---|---|
| *Counsel for Defendant The Ambassador Group LLC, d/b/a Ambassador Captive Solutions, and Brandon White* | *Counsel for Defendant, Defendant-in-Intervention and Cross-Claimant HeritageRM, LLC, d/b/a Sanford & Tatum Insurance* |
| /s/ Culver V. Halliday<br>Culver V. Halliday<br>Kevin A. Imhof<br>Stoll Keenon Ogden PLLC<br>500 W. Jefferson St., Ste. 2000<br>Louisville, KY 40202<br>culver.halliday@skofirm.com<br>kevin.imhof@skofirm.com | /s/ Chad O. Propst<br>W. Kennedy Simpson<br>Chad Owens Propst<br>Abbie Carrico O'Brien<br>**THOMPSON MILLER & SIMPSON PLC**<br>734 West Main Street, Suite 400<br>Louisville, KY 40202<br>Phone: (502) 585-9900<br>cpropst@tmslawplc.com |