# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; GAGLIARDI INSURANCE SERVICES, INC.; GOLDENSTAR SPECIALTY INSURANCE, LLC; PERFORMANCE INSURANCE COMPANY SPC on behalf of GOLDENSTAR HOLDINGS COMPANY SP and on behalf of SMART INSURE SP; BRANDON WHITE; and HERITAGE-RM, LLC D/B/A/ SANFORD & TATUM INSURANCE AGENCY, <br><br> Defendants. <br><br> STATE NATIONAL INSURANCE COMPANY, INC.; and NATIONAL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; BRANDON WHITE; PERFORMANCE INSURANCE COMPANY SPC; HERITAGERM, LLC d/b/a SANFORD & TATUM INSURANCE AGENCY; and GAGLIARDI INSURANCE SERVICES, INC., <br><br> Defendants in Intervention. | Case No.  3:20-CV-00330-BJB-LLK <br><br> Judge Benjamin J. Beaton <br><br> Magistrate Judge Lanny King <br><br><br> **AGREED ORDER OF DISMISSAL OF ALL CLAIMS OF PLAINTIFFS AND INTERVENING PLAINTIFFS AGAINST HERITAGE-RM, LLC, D/B/A SANFORD & TATUM INSURANCE AGENCY** |

By agreement of Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and American International Group, Inc.; Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company; and Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all remaining claims of Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and American International Group, Inc., and Intervening Plaintiffs State National Insurance Company, Inc., and National Specialty Insurance Company against Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford & Tatum Insurance Agency, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. Nothing in this Order shall be deemed to impact or resolve, in whole or in part, any other claims asserted by Plaintiffs or Intervening Plaintiffs against The Ambassador Group, LLC, Brandon White, or any other party.

_____  
Date

_____  
Benjamin J. Beaton, District Judge,  
United States District Court

Benjamin Beaton, District Judge  
United States District Court

April 28, 2023