**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

LEXINGTON INSURANCE COMPANY;  )
NATIONAL UNION FIRE INSURANCE  )
COMPANY OF PITTSBURGH, PA;  )
and AMERICAN INTERNATIONAL  )
GROUP, INC.,  )
  )   Case No.  3:20-CV-00330-BJB-LLK
Plaintiffs,  )
  )   Judge Benjamin J. Beaton
vs.  )
  )   Magistrate Judge Lanny King
THE AMBASSADOR GROUP LLC d/b/a AM-  )
BASSADOR CAPTIVE SOLUTIONS;  )
GAGLIARDI INSURANCE SERVICES, INC.;  )
GOLDENSTAR SPECIALTY INSURANCE,  )   <u>**AGREED ORDER**</u>
LLC; PERFORMANCE INSURANCE COM-  )   <u>**OF DISMISSAL OF ALL CLAIMS**</u>
PANY SPC on behalf of GOLDENSTAR  )   <u>**OF HERITAGE-RM, LLC,**</u>
HOLDINGS COMPANY SP and on behalf of  )   <u>**D/B/A SANFORD & TATUM**</u>
SMART INSURE SP; BRANDON WHITE; and  )   <u>**INSURANCE AGENCY, AGAINST**</u>
HERITAGE-RM, LLC D/B/A/ SANFORD &  )   <u>**THE AMBASSADOR GROUP, LLC,**</u>
TATUM INSURANCE AGENCY,  )   <u>**D/B/A AMBASSADOR CAPTIVE**</u>
  )   <u>**SOULTIONS, AND BRANDON WHITE**</u>
Defendants.  )

STATE NATIONAL INSURANCE COM-  )
PANY, INC.; and NATIONAL SPECIALTY  )
INSURANCE COMPANY,  )
  )
Plaintiff-Intervenors,  )
  )
vs.  )
  )
THE AMBASSADOR GROUP LLC d/b/a AM-  )
BASSADOR CAPTIVE SOLUTIONS; BRAN-  )
DON WHITE; PERFORMANCE INSURANCE  )
COMPANY SPC; HERITAGERM, LLC d/b/a  )
SANFORD & TATUM INSURANCE  )
AGENCY; and GAGLIARDI INSURANCE  )
SERVICES, INC.,  )
  )
Defendants in Intervention.  )

By agreement of Defendant/Intervening Defendant Heritage-RM, LLC, d/b/a Sanford &

Tatum Insurance Agency (Sanford), Defendant/Intervening Defendant The Ambassador Group,

LLC, d/b/a Ambassador Captive Soultions (Ambassador), and Defendant/Intervening Defendant

Brandon White (White), and the Court being otherwise sufficiently advised, **IT IS HEREBY OR-**

**DERED AND ADJUDGED** that all crossclaims—and hence, all pending claims—of Sanford

against Ambassador and White are **DISMISSED WITHOUT PREJUDICE**, with each party to

bear its own costs and attorneys' fees.

_____          _____
Date                                                                Benjamin J. Beaton, District Judge,
                                                                      United States District Court

Benjamin Beaton, District Judge

United States District Court

April 28, 2023

2