# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.  3:20-CV-00330-BJB-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge Benjamin Beaton |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; EPREMIUM ) | |
| INSURANCE AGENCY, LLC; and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 17, 2023 Order, Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa, and American International Group, Inc. (collectively, "Lexington"), Intervening-Plaintiffs State National Insurance Company, Inc. and National Specialty Insurance Company (collectively, "State National"), and Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions ("Ambassador") and Brandon M. White ("White") hereby submit the following joint status report.

I. **Settlement With Ambassador And White.**

Lexington and State National (collectively, "Plaintiffs") have entered into a written settlement agreement with Ambassador and White. The payments required under Section 2.(A) of the settlement agreement will be completed by June 14, 2023. Once those payments are made, per the terms of the settlement agreement, Plaintiffs, Ambassador and White will jointly request that the Court enter a consent decree and dismissal order with respect Ambassador and White.

II. **The Plaintiffs' Claims Against The Remaining Parties.**

The Plaintiffs' claims against Gagliardi Insurance Services, Inc. and Goldenstar Specialty Insurance, LLC have been fully resolved in the underlying bankruptcy proceedings. The Plaintiffs' claims against Performance Insurance Company SPC ("Performance") remain pending in a liquidation proceeding in the Cayman Islands, but the Plaintiffs are presently engaged with the liquidators of Performance in settlement discussions concerning those claims. If a settlement is reached, the Plaintiffs will promptly report that information to the Court.

Dated: June 1, 2023

JOINTLY SUBMITTED BY:

*Counsel for Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company*

*Counsel for Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa, and American International Group, Inc.*

/s/  Julie L. Young

Jack A. Wheat
Peter J. Rosene
McBRAYER PLLC
500 W. Jefferson St., Suite 2400
Louisville, KY 40202
Phone:  (502) 327-5400
jwheat@mcbrayerfirm.com
prosene@mcbrayerfirm.com

Steven T. Whitmer (*pro hac vice*)
Julie L. Young (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone:  (312) 443-0700
swhitmer@lockelord.com
jyoung@lockelord.com

**Counsel for Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions and Brandon M. White**

/s/  Culver V. Halliday

Culver V. Halliday
Christopher E. Schaefer
Douglas C. Ballantine
Kevin A. Imhof
STOLL KEENON OGDEN PLLC - LOUISVILLE
500 W. Jefferson Street, Suite 2000
Louisville, KY 40202
Phone: (502) 333-6000
culver.halliday@skofirm.com
christopher.schaefer@skofirm.com
douglas.ballantine@skofirm.com
kevin.imhof@skofirm.com

/s/  Adam J. Kaiser

Carolyn P. Michener
Joel T. Beres
STITES & HARBISON, PLLC - LOUISVILLE
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352
Phone: (502) 587-3400
cmichener@stites.com
jberes@stites.com

Adam J. Kaiser (*pro hac vice*)
Joanna H. Schorr (*pro hac vice*)
Kelsey L. Kingsbery (*pro hac vice*)
Michael R. Hoernlein (*pro hac vice*)
ALSTON & BIRD LLP - NEW YORK
90 Park Avenue
New York, NY 10016-1387
Phone:  (212) 210-9465
adam.kaiser@alston.com
joanna.schorr@alston.com
kelsey.kingsbery@alston.com
michael.hoernlein@alston.com